# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| ARGONAUT INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No.: 3:22-cv-00390 |
| JOHN MCCOLLUM, | ) |
| | ) |
| And | ) |
| | ) |
| S&F LOGISTICS, LLC | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Fed. R. Civ. Proc. 15, Plaintiff, by and through undersigned counsel, hereby files this Motion for Leave to file Amended Complaint and respectfully requests leave to amend its Complaint through the filing of an Amended Complaint for the reasons and grounds set forth in the accompanying Memorandum.

Respectfully Submitted,

ARGONAUT INSURANCE COMPANY
By Counsel,

 /s/ Aaron J. Cheatham
Aaron J. Cheatham, VSB No. 83152
James R. Harpold, VSB No. 74967
FRANKLIN & PROKOPIK, P.C.
2325 Dulles Corner Blvd., Suite 1150
Herndon, Virginia 20171
Telephone:	703-793-1800
Facsimile:	703-793-0298
acheatham@fandpnet.com
jharpold@fandpnet.com
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Motion for Leave to File Amended Complaint* was served via first-class U.S. mail, postage pre-paid, this 2nd day of September 2022 upon the following:

S&F Logistics, LLC
c/o Ronald Zubieta, Registered Agent
15476 Nelson Hill Road,
Milford, Virginia 22514

S&F Logistics, LLC
16360 Industrial Drive
Milford, Virginia 22514

John McCollum
27465 N. Sandgate Road
Mechanicsville, Maryland 20659

/s/ Aaron J. Cheatham
Aaron J. Cheatham, VSB No. 83152
James R. Harpold, VSB No. 74967
FRANKLIN & PROKOPIK, P.C.
2325 Dulles Corner Blvd., Suite 1150
Herndon, Virginia  20171
Telephone:    703-793-1800
Facsimile:    703-793-0298
acheatham@fandpnet.com
jharpold@fandpnet.com
*Counsel for Plaintiff*