**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| ARGONAUT INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No.: 3:22-cv-00390 |
| JOHN MCCOLLUM, | ) | |
| | ) | |
| And | ) | |
| | ) | |
| S&F LOGISTICS, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND RELIEF

COMES NOW, the Plaintiff, Argonaut Insurance Company ("Argo"), by counsel, and states the following for its Complaint for Declaratory Judgment and Relief against the defendants, John McCollum ("Mr. McCollum") and S&F Logistics, LLC ("S&F"), (collectively the "Defendants"):

1.     This is an action for declaratory judgment brought under Rule 57 of the Federal Rules of Civil Procedure and Title 28, Section 2201 of the Unites States Code, to declare the rights and other legal relations surrounding questions of actual controversy that presently exist between Argo and the Defendants.

## PARTIES

2.     Plaintiff Argo is an insurance company organized and existing under the laws of the State of Illinois with its principal place of business in Chicago, Illinois.   Argo is a citizen of Illinois.   Argo is not a citizen of Mr. McCollum's state of citizenship or S&F's state of citizenship.

3.	S&F is a citizen of Virginia, being a limited liability company organized and existing under the laws of Virginia, with its principal place of business located at 16360 Industrial Drive, Milford, Virginia 22514.

4.	Mr. McCollum is an employee or agent of S&F, and a citizen of Maryland, being a natural person who resides at 27465 N. Sandgate Rd., Mechanicsville, Maryland 20659..

## JURISDICTION AND VENUE

5.	This Court has original jurisdiction over this action under the provisions of Title 28, section 1332 of the United States Code, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00 exclusive of interest and costs.

6.	This Court has personal jurisdiction over S&F because it has its principal place of business within the judicial district and because it conducts and transacts business in the district.

7.	This Court has personal jurisdiction over Mr. McCollum because, at all times relevant to the Complaint, he was an employee of S&F and conducted and transacted business in the district.

8.	The venue of this action is properly predicated on Title 28, section 1391(a) of the United States Code, and Rule 3(C) of the Rules of the U.S. District Court for the Eastern District of Virginia, in that jurisdiction is founded on diversity of citizenship and this action is brought within a judicial district and division in which a substantial part of the events or omissions giving rise to the claim occurred, in which at least one defendant resides and/or has its principal place of business, and/or in which at least one defendant is subject to personal jurisdiction.

## FACTS

9.	Plaintiff Argo provides certain motor carrier insurance coverage to S&F, pursuant to the terms and conditions of insurance policy number AVT 1000040 00, for the policy period

October 21, 2018 to October 21, 2019 (the "Policy"), providing liability insurance to S&F in connection with its trucking business under the terms, conditions, limitations and exclusions provided in the Policy. A true and correct copy of the Policy is appended hereto as Exhibit "1."

10.     On August 12, 2019, S&F's agent or employee, Mr. McCollum, was involved in a motor vehicle accident in Pennsylvania, within the scope and course of his employment with S&F, allegedly causing injury to Victor Garcia ("the Accident").

11.     A few days following the Accident, on August 21, 2019, Innovative Risk Management ("IRM"), which is the third-party claims administrator for Plaintiff Argo, contacted Fernando Navia, the sole member of S&F, by phone and by email, regarding notice of a claim arising from the Accident.

12.     On August 29, 2019, on behalf of Argo, an IRM representative spoke to both Mr. Navia and Mr. McCollum on the telephone to discuss the claim and to investigate the cause of the Accident. Both Mr. McCollum and Mr. Navia expressed their intent to cooperate with the investigation.

13.     On February 3, 2020, IRM followed up with Mr. Navia via email to request more information pertaining to the Accident. On that same day, Mr. Navia replied via email and promised to provide the requested information.

14.     On March 16, 2020, IRM further followed up with Mr. Navia requesting information pertinent to the investigation of the Accident. Again, Mr. Navia replied via email and promised to provide the information.

15.     March 16, 2020 was S&F's last communication with IRM and Argo.

16.     On June 21, 2021, IRM contacted Mr. Navia via email regarding additional documentation related to the claim. However, Mr. Navia never responded to that email or in any way attempted to contact IRM or Argo by email, phone, or otherwise.

17.     On June 30, 2021, Argo learned that Mr. Navia's phone number was no longer in service. Additionally, attempts to contact Mr. Navia regarding the claim and Accident via email were unsuccessful.

18.     On August 10, 2021, as a result the Accident, Victor Garcia filed a lawsuit in the Court of Common Pleas of Philadelphia County, Pennsylvania, styled *Victor Hugo Silvestre Garcia v. S&F Logistics LLC and John McCollum*, Case ID No.: 210800737, alleging negligence on the part of S&F and Mr. McCollum ("the Lawsuit"). Argo received notice of the lawsuit on or about September 1, 2021.

19.     Following Argo's notice of the pending Lawsuit, IRM again attempted to reach Mr. Navia by phone and by email on September 9, 2021 and September 10, 2021. At this time, Argo learned that Mr. Navia's email address was no longer valid.

20.      On September 10, 2021, IRM sent a letter via U.S. mail to Mr. Navia at his address in Stafford, Virginia, as well as to S&F's registered place of business and registered agent, Ronald Zubieta, notifying S&F of its duty to cooperate under the terms of the Policy.

21.     On or about September 10, 2021, Argo assigned defense counsel to defend S&F and Mr. McCollum in the Lawsuit, pursuant to the terms of the Policy.

22.     On or about September 10, 2021, Argo Issued a letter to S&F reminding S&F of its duties under the Policy to cooperate with Argo in the defense of the Lawsuit and requesting S&F to immediately contact IRM to discuss this matter.

23.     On or about September 14, 2021, Mr. McCollum contacted IRM by phone and further expressed his intent to cooperate with the defense of the Lawsuit. That same day, a representative of IRM provided Mr. McCollum with the contact information of assigned defense counsel via email.

24.     September 14, 2021 was Mr. McCollum's last communication with IRM and Argo. He failed to ever contact assigned defense counsel.

25.     On or about October 14, 2021, Argo issued a Reservation of Rights letter to S&F further notifying S&F of its duty to cooperate under the Policy. The letter expressed that such failure to cooperate would be a material breach of the Policy conditions which could result in loss of insurance coverage for the claims set forth in the Lawsuit.

26.     On December 6, 2021, in the underlying Lawsuit, Plaintiff Garcia served Interrogatories and Requests for Production to Mr. McCollum and S&F. Defense counsel, despite diligent efforts, was unsuccessful in his attempts to contact Defendants regarding the discovery responses and the defense of the Lawsuit.

27.     On January 4, 2022, defense counsel learned that Mr. McCollum's phone had also been disconnected.

28.     Despite extensions of the response deadline obtained by defense counsel, because of Defendants' failure to cooperate with the defense of the Lawsuit, defense counsel was forced to respond to the Plaintiff's discovery responses on January 28, 2022 by producing incomplete responses that were not verified as required by law.

29.     On February 2, 2022, Plaintiff's counsel served a deficiency letter stating that S&F Logistics LLC's discovery responses were insufficient and demanded complete responses within two weeks or he would seek judicial intervention.

30.     On February 11, 2022, Argo sent a second Reservation of Rights letter to S&F's owner Fernando Navia, at S&F's principal office address, to Ronald Zubieta, S&F's registered agent, and to Mr. Navia's home address in Stafford, Virginia

31.     Also, on February 11, 2022, Argo sent a similar Reservation of Rights letter to Mr. McCollum to his physical address in Sommerville, Tennessee via U.S. mail and email.

32.     On December 21, 2021, Plaintiff's counsel issued notices to take the depositions of a representative of S&F and Mr. McCollum for March 21, 2022. Both S&F and Mr. McCollum failed to appear for the scheduled depositions.

## POLICY PROVISIONS

33.     Section V – Motor Carrier Conditions of the Policy sets forth the duties of an insured in the event of an accident, claim, suit, or loss, which include the following:

A.     Loss Conditions

2.     Duties In The Event Of Accident, Claim, Suit Or Loss

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

a.     In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

(1)     How, when and where the "accident" or "loss" occurred;
(2)     The "insured's" name and address; and
(3)     To the extent possible, the names and addresses of any injured persons and witnesses.

b.     Additionally, you and any other involved "insured" must:

(1)     Assume no obligation, make no payment, or incur no expense without our consent, except at the insured's own cost.
(2)     Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".
(3)     Cooperate with us in the investigation or settlement of the claim or defense against the "suit". The "insured" will be deemed not to have

cooperated with us only if his or her failure or refusal to do so harms our defense of an action for damages.[1]

    (4)    Authorize us to obtain medical records or other pertinent information.

34.    S&F and Mr. McCollum's repeated failures to communicate and cooperate in the defense of the Lawsuit, as required under the terms of the Policy, has materially prejudiced Argo.

## CLAIM FOR RELIEF

**DECLARATION THAT DEFENDANTS HAVE VIOLATED THE POLICY'S CONDITIONS REQUIRING THEM TO COOPERATE WITH ARGO'S INVESTIGATION AND DEFENSE OF THE LAWSUIT**

35.    Argo incorporates the allegations set forth in paragraphs 1-31 above as if fully set forth herein.

36.    Under the terms of the Policy, Defendants are required to "[c]ooperate with [Argo] in the investigation or settlement of the claim or defense against the "suit"." See Exhibit 1.

37.    Despite having notice of a claim against them, Defendants have failed to cooperate and have materially breached their duties required under the Policy in one or more of the following ways:

    a.    By repeatedly failing to respond to Argo and defense counsel's requests for information pertinent to the defense;

    b.    By failing to update their contact information with Argo and Defendants' assigned defense counsel;

    c.    By failing to assist defense counsel in any way to answer discovery propounded in the Lawsuit; and

---

1 Shown as amended by the VIRGINIA CHANGES—MOTOR CARRIER COVERAGE FORM endorsement (Form CA 01 55 02 18).

d.        By failing to submit to properly noticed depositions;

38.    Such failures to cooperate are a breach of the Policy conditions affording coverage to S&F and Mr. McCollum.

39.    As the aforementioned failures to cooperate are a material breach of the Policy which seriously prejudices Argo in the defense of the lawsuit, Argo may properly disclaim coverage. Thus, a declaratory judgment should therefore be entered in Argo's favor.

WHEREFORE, Plaintiff Argonaut Insurance Company respectfully prays that this Court enter an Order, adjudging, ordering and decreeing that:

(1)    Argonaut Insurance Company has no duty under the Policy to defend or indemnify Defendants S&F Logistics, LLC and John McCollum in connection with the Lawsuit;

(2)    Argonaut Insurance Company has no duty under the Policy to pay insurance benefits to or on behalf of either of the Defendants in connection with the Lawsuit;

(3)    Argonaut Insurance Company is awarded all such other and further relief that the Court deems appropriate and just.

Respectfully Submitted,

ARGONAUT INSURANCE COMPANY
By Counsel,

**FRANKLIN & PROKOPIK, P.C.**

__/s/ Aaron J. Cheatham_____
Aaron J. Cheatham, VSB No. 83152
Franklin & Prokopik, P.C.
2325 Dulles Corner Blvd., Suite 1150
Herndon, Virginia 20171
Telephone:     703-793-1800
Facsimile:     703-793-0298
acheatham@fandpnet.com
*Counsel for Plaintiff*

# Exhibit 1

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

 © ISO Properties, Inc., 2004

**Insured:** S&F LOGISTICS LLC
**Policy Number:** AVT 1000040 00

# SCHEDULE OF FORMS AND ENDORSEMENTS

Forms and Endorsements applying to and made part of this policy at the time of issuance:

| NUMBER | TITLE |
|---|---|
| IL P 001 01-04 | U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS |
| AG 605 01-10 | SCHEDULE OF FORMS |
| SIGAIC-0615 | SIGNATURE PAGE |
| CA 00 20 10-13 | MOTOR CARRIER COVERAGE FORM |
| CA 01 55 02 18 | VIRGINIA CHANGES - MOTOR CARRIER COVERAGE FORM |
| CA 02 68 02 18 | VIRGINIA CHANGES - VIRGINIA CHANGES IN POLICY - CANCELLATION AND NONRENEWAL |
| CA 03 02 10-13 | DEDUCTIBLE LIABILITY COVERAGE |
| CA 04 44 10-13 | WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US (WAIVER OF SUBROGATION) - BLANKET |
| CA 21 21 11 02 | UNINSURED MOTORISTS ENDORSEMENT (VIRGINIA) |
| CA DS 21 10-13 | MOTOR CARRIER DECLARATIONS |
| AVT2301-0118 | ADDITIONAL INSURED - BLANKET |
| AVT2302-0118 | BODILY INJURY OR PROPERTY DAMAGE EXPECTED OR INTENDED |
| AVT2502-0118 | UNINTENTIONAL ERRORS AND OMISSIONS |
| AVT9502-0118 | PREMIUM COMPUTATION ENDORSEMENT |
| AVT9503-0118 | KNOWLEDGE OF OCCURENCE |
| AVT9504-0118 | NOTICE OF CANCELLATION - CERTIFICATE HOLDERS (SPECIFIED DAYS) |
| IL 00 17 11-98 | COMMON POLICY CONDITIONS |
| IL 00 21 09-08 | NUCLEAR ENERGY ENDORSEMENT |
| MCS-90 01-17 | ENDORSEMENT FOR MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY |
| CA 23 84 10-13 | TERRORISM EXCLUSION |

# SIGNATURE PAGE

IN WITNESS WHEREOF, the company issuing this policy has caused this policy to be signed by its President and its Secretary and countersigned (if required) on the Declarations page by a duly authorized representative of the company. This endorsement is executed by the company stated in the Declarations.

Argonaut Insurance Company

**President**                    **Secretary**

# MOTOR CARRIER COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section VI – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

### A. Description Of Covered Auto Designation Symbols

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 61 | Any "Auto" | |
| 62 | Owned "Autos" Only | Only the "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while connected to a power unit you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 63 | Owned Private Passenger Type "Autos" Only | Only the "private passenger type" "autos" you own. This includes those "private passenger type" "autos" that you acquire ownership of after the policy begins. |
| 64 | Owned Commercial "Autos" Only | Only those trucks, tractors and "trailers" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while connected to a power unit you own). This includes those trucks, tractors and "trailers" you acquire ownership of after the policy begins. |
| 65 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the no-fault law in the state where they are licensed or principally garaged. |
| 66 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that, because of the law in the state where they are licensed or principally garaged, are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 67 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 68 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "private passenger type" "auto" you lease, hire, rent or borrow from any member of your household, any of your "employees", partners (if you are a partnership), members (if you are a limited liability company), or agents or members of their households. |
| 69 | "Trailers" In Your Possession Under A Written Trailer Or Equipment Interchange Agreement | Only those "trailers" you do not own while in your possession under a written "trailer" or equipment interchange agreement in which you assume liability for "loss" to the "trailers" while in your possession. |

© Insurance Services Office, Inc., 2011

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 70 | Your "Trailers" In The Possession Of Anyone Else Under A Written Trailer Interchange Agreement | Only those "trailers" you own or hire while in the possession of anyone else under a written "trailer" interchange agreement. When Symbol 70 is entered next to a Physical Damage Coverage in Item Two of the Declarations, the Physical Damage Coverage exclusion relating to "loss" to a "trailer" in the possession of anyone else does not apply to that coverage. |
| 71 | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "private passenger type" "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |
| 79 | "Mobile Equipment" Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **61**, **62**, **63**, **64**, **65**, **66** or **79** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **67** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   **a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   **b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   **a.** Breakdown;

   **b.** Repair;

   **c.** Servicing;

   **d.** "Loss"; or

   **e.** Destruction.

**SECTION II – COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

 © Insurance Services Office, Inc., 2011 CA 00 20 10 13

We will have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   **a.** You for any covered "auto".

   **b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      **(1)** The owner or any "employee", agent or driver of the owner, or anyone else from whom you hire or borrow a covered "auto".

      **(2)** Your "employee" or agent if the covered "auto" is owned by that "employee" or agent or a member of his or her household.

      **(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

      **(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), a lessee or borrower of a covered "auto" or any of their "employees", while moving property to or from a covered "auto".

      **(5)** A partner (if you are a partnership), or member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

   **c.** The owner or anyone else from whom you hire or borrow a covered "auto" that is a "trailer" while the "trailer" is connected to another covered "auto" that is a power unit, or, if not connected, is being used exclusively in your business.

**d.** The lessor of a covered "auto" that is not a "trailer" or any "employee", agent or driver of the lessor while the "auto" is leased to you under a written agreement if the written agreement between the lessor and you does not require the lessor to hold you harmless and then only when the leased "auto" is used in your business as a "motor carrier" for hire.

**e.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

However, none of the following is an "insured":

   **(1)** Any "motor carrier" for hire or his or her agents or "employees", other than you and your "employees":

     **(a)** If the "motor carrier" is subject to motor carrier insurance requirements and meets them by a means other than "auto" liability insurance.

     **(b)** If the "motor carrier" is not insured for hired "autos" under an "auto" liability insurance form that insures on a primary basis the owners of the "autos" and their agents and "employees" while the "autos" are leased to that "motor carrier" and used in his or her business.

   However, Paragraph **(1)** above does not apply if you have leased an "auto" to the for-hire "motor carrier" under a written lease agreement in which you have held that "motor carrier" harmless.

   **(2)** Any rail, water or air carrier or its "employees" or agents, other than you and your "employees", for a "trailer" if "bodily injury" or "property damage" or a "covered pollution cost or expense" occurs while the "trailer" is detached from a covered "auto" you are using and:

     **(a)** Is being transported by the carrier; or

     **(b)** Is being loaded on or unloaded from any unit of transportation by the carrier.

2. **Coverage Extensions**

   **a. Supplementary Payments**

   We will pay for the "insured":

      **(1)** All expenses we incur.

      **(2)** Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limit specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing "motor carriers" of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of "loss" because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

**(1)** Employment by the "insured"; or

**(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

**(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

© Insurance Services Office, Inc., 2011 CA 00 20 10 13

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of "your work" after that work has been completed or abandoned.

In the exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed;

**(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

    **(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

    **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**SECTION III – TRAILER INTERCHANGE COVERAGE**

**A. Coverage**

    **1.** We will pay all sums you legally must pay as damages because of "loss" to a "trailer" you don't own or its equipment under:

        **a. Comprehensive Coverage**

        From any cause except:

        **(1)** The "trailer's" collision with another object; or

        **(2)** The "trailer's" overturn.

        **b. Specified Causes Of Loss Coverage**

        Caused by:

        **(1)** Fire, lightning or explosion;

        **(2)** Theft;

        **(3)** Windstorm, hail or earthquake;

        **(4)** Flood;

        **(5)** Mischief or vandalism; or

        **(6)** The sinking, burning, collision or derailment of any conveyance transporting the "trailer".

        **c. Collision Coverage**

        Caused by:

        **(1)** The "trailer's" collision with another object; or

        **(2)** The "trailer's" overturn.

© Insurance Services Office, Inc., 2011

2. We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any "loss" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit Of Insurance for that coverage has been exhausted by payment of judgments or settlements.

3. **Coverage Extensions**

   The following apply as **Supplementary Payments.** We will pay for you:

   a. All expenses we incur.

   b. The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance.

   c. All reasonable expenses incurred at our request, including actual loss of earnings up to $250 a day because of time off from work.

   d. All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

   e. All interest on the full amount of any judgment that accrues after entry of the judgment; but our duty to pay interest ends when we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

   These payments will not reduce the Limit of Insurance.

**B. Exclusions**

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   a. **Nuclear Hazard**

      (1) The explosion of any weapon employing atomic fission or fusion; or

      (2) Nuclear reaction or radiation, or radioactive contamination, however caused.

   b. **War Or Military Action**

      (1) War, including undeclared or civil war;

      (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

      (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for loss of use.

3. **Other Exclusions**

   We will not pay for "loss" due and confined to:

   a. Wear and tear, freezing, mechanical or electrical breakdown.

   b. Blowouts, punctures or other road damage to tires.

   This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**C. Limits Of Insurance**

The most we will pay for "loss" to any one "trailer" is the least of the following amounts:

1. The actual cash value of the damaged or stolen property at the time of the "loss";

2. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality; or

3. The Limit Of Insurance shown in the Declarations.

**D. Deductible**

For each covered "trailer", our obligation to pay:

1. The actual cash value of the damaged or stolen property at the time of the "loss" will be reduced by the applicable deductible shown in the Declarations.

2. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality will be reduced by the applicable deductible shown in the Declarations.

3. The damages for "loss" that would otherwise be payable will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit Of Insurance shown in the Declarations.

# SECTION IV – PHYSICAL DAMAGE COVERAGE

## A. Coverage

1. We will pay for "loss" to a covered "auto" or its equipment under:

   **a. Comprehensive Coverage**

   From any cause except:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   (1) Fire, lightning or explosion;

   (2) Theft;

   (3) Windstorm, hail or earthquake;

   (4) Flood;

   (5) Mischief or vandalism; or

   (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   **c. Collision Coverage**

   Caused by:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

2. **Towing – Private Passenger Type Autos**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the "private passenger type" is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   **a.** Glass breakage;

   **b.** "Loss" caused by hitting a bird or animal; and

   **c.** "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extension**

   **a. Transportation Expenses**

   We will also pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the "private passenger type". We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   **b. Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   (1) Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

   (2) Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

   (3) Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

   However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

## B. Exclusions

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. Nuclear Hazard**

   (1) The explosion of any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination, however caused.

© Insurance Services Office, Inc., 2011

**b. War Or Military Action**

   **(1)** War, including undeclared or civil war;

   **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" to any of the following:

   **a.** Any covered "auto" while in anyone else's possession under a written "trailer" interchange agreement. But this exclusion does not apply to a loss payee; however, if we pay the loss payee, you must reimburse us for our payment.

   **b.** Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

   **c.** Tapes, records, discs or similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

   **d.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

   **e.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

   **f.** Any accessories used with the electronic equipment described in Paragraph **e.** above.

3. Exclusions **2.e.** and **2.f.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

   **a.** Permanently installed in or upon the covered "auto";

   **b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

   **c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

   **d.** Necessary for the normal operation of the "auto" or the monitoring of the "auto's" operating system.

4. We will not pay for "loss" due and confined to:

   **a.** Wear and tear, freezing, mechanical or electrical breakdown.

   **b.** Blowouts, punctures or other road damage to tires.

   This exclusion does not apply to "loss" resulting from the total theft of a covered "auto".

5. We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limits Of Insurance**

1. The most we will pay for:

   **a.** "Loss" to any one covered "auto" is the lesser of:

      **(1)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

      **(2)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

   **b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

      **(1)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

      **(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

      **(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

2. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

3. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

### D. Deductible

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

## SECTION V – MOTOR CARRIER CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

### A. Loss Conditions

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is a "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examination under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment – Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

© Insurance Services Office, Inc., 2011

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligation under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance – Primary And Excess Insurance Provisions**

a. While any covered "auto" is hired or borrowed from you by another "motor carrier", this Coverage Form's Covered Autos Liability Coverage is:

(1) Primary if a written agreement between you as the lessor and the other "motor carrier" as the lessee requires you to hold the lessee harmless.

(2) Excess over any other collectible insurance if a written agreement between you as the lessor and the other "motor carrier" as the lessee does not require you to hold the lessee harmless.

b. While any covered "auto" is hired or borrowed by you from another "motor carrier", this Coverage Form's Covered Autos Liability Coverage is:

(1) Primary if a written agreement between the other "motor carrier" as the lessor and you as the lessee does not require the lessor to hold you harmless, and then only while the covered "auto" is used exclusively in your business as a "motor carrier" for hire.

(2) Excess over any other collectible insurance if a written agreement between the other "motor carrier" as the lessor and you as the lessee requires the lessor to hold you harmless.

c. While a covered "auto" which is a "trailer" is connected to a power unit, this Coverage Form's Covered Autos Liability Coverage is:

(1) Provided on the same basis, either primary or excess, as the Covered Autos Liability Coverage provided for the power unit if the power unit is a covered "auto".

(2) Excess if the power unit is not a covered "auto".

d. Any Trailer Interchange Coverage provided by this Coverage Form is primary for any covered "auto".

e. Except as provided in Paragraphs a., b., c. and d. above, this Coverage Form provides primary insurance for any covered "auto" you own and excess insurance for any covered "auto" you don't own.

f. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

g. Regardless of the provisions of Paragraphs a., b., c., d. and e. above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

h. When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

## 6. Premium Audit

a. The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

b. If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

## 7. Policy Period, Coverage Territory

Under this Coverage Form, we cover "accidents" and "losses" occurring:

a. During the policy period shown in the Declarations; and

b. Within the coverage territory.

The coverage territory is:

(1) The United States of America;

(2) The territories and possessions of the United States of America;

(3) Puerto Rico;

(4) Canada; and

(5) Anywhere in the world if a covered "auto" of the "private passenger type" is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

## 8. Two Or More Coverage Forms Or Policies Issued By Us

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION VI – DEFINITIONS

A. "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

B. "Auto" means:

1. A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

2. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

C. "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

D. "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

© Insurance Services Office, Inc., 2011

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

  **a.** That are, or that are contained in any property that is:

    **(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

    **(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

    **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

  **b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

  **c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

    **(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

    **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto", if:

    **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

  **1.** A lease of premises;

  **2.** A sidetrack agreement;

  **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

  **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

  **5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

  **6.** That part of any other contract or agreement, entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

  **a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

b. That pertains to the loan, lease or rental of an "auto" to you or any of your employees, if the "auto" is loaned, leased or rented with a driver; or

c. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" unless the covered "auto" is used in your business as a "motor carrier" for hire as in Section **II**, Paragraph **A.1.d.** of the Who Is An Insured provision.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   a. Power cranes, shovels, loaders, diggers or drills; or

   b. Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in Paragraph **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

   b. Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in Paragraph **1., 2., 3.** or **4.** above, maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   a. Equipment designed primarily for:

      (1) Snow removal;

      (2) Road maintenance, but not construction or resurfacing; or

      (3) Street cleaning;

   b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Motor carrier" means a person or organization providing transportation by "auto" in the furtherance of a commercial enterprise.

**M.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**N.** "Private passenger type" means a private passenger or station wagon type "auto" and includes an "auto" of the pickup or van type if not used for business purposes.

**O.** "Property damage" means damage to or loss of use of tangible property.

**P.** "Suit" means a civil proceeding in which:

1. Damages because of "bodily injury" or "property damage"; or

© Insurance Services Office, Inc., 2011

**2.** A "covered pollution cost or expense",

to which this insurance applies, are alleged.

"Suit" includes:

    **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" submits with our consent.

**Q.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**R.** "Trailer" includes a semitrailer or a dolly used to convert a semitrailer into a trailer. But for Trailer Interchange Coverage only, "trailer" also includes a container.

© Insurance Services Office, Inc., 2011

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# VIRGINIA CHANGES – MOTOR CARRIER COVERAGE FORM

For a covered "auto" licensed or principally garaged in Virginia, this endorsement modifies insurance provided under the following:

MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraph **A. Coverage** of **Section II – Covered Autos Liability Coverage** is replaced by the following:

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We have the right and duty to defend any "suit" for such damages, even if the "suit" is groundless, false or fraudulent. However, we have no duty to defend "suits" for "bodily injury" or "property damage" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

**B.** Paragraph **A.1.b.** of **Section II – Covered Autos Liability Coverage** is amended by the addition of the following:

**1. Who Is An Insured**

The following are "insureds":

**b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

**(6)** Your customers, if you are in the motor vehicle business. However, if a customer of yours:

**(a)** Has no other valid and collectible insurance applicable to the same "accident", they are an "insured" but only up to the financial responsibility limits specified in Section 46.2-472 of the Code of Virginia.

© Insurance Services Office, Inc., 2017

**(b)** Has other valid and collectible insurance applicable to the same "accident" less than the financial responsibility limits specified in Section 46.2-472, they are an "insured" only for the amount by which the financial responsibility law limits exceed the limits of their other insurance.

Motor vehicle business means the business of selling, leasing, repairing, servicing, storing or parking motor vehicles which are:

**(a)** Used for demonstration purposes by a prospective purchaser;

**(b)** Loaned or leased to another as a temporary substitute while such person's "auto" is being repaired or serviced; or

**(c)** Leased to another for a period of six months or more.

**C.** Paragraph **A.2. Coverage Extensions** of Section **II – Covered Autos Liability Coverage** is amended as follows:

**1.** Paragraphs **a.(3)**, **a.(5)** and **a.(6)** of **Supplementary Payments** are replaced by the following:

We will pay for the "insured":

**(3)** The cost of bonds to release attachments in any "suit" we defend, but only for bond amounts within our Limit of Insurance.

**(5)** All court costs taxed against the "insured" in any "suit" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of judgment in any "suit" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

**2.** Paragraph **a. Supplementary Payments** is amended by the addition of the following:

We will pay for the "insured":

**(7)** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**D.** Paragraph **A.2.b.(1)** of Section **II – Covered Autos Liability Coverage** is replaced by the following:

**2. Coverage Extensions**

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used.

**E.** Paragraph **B. Exclusions** of Section **II – Covered Autos Liability Coverage** is amended as follows:

**1.** Paragraph **B.4.** of the **Employee Indemnification And Employer's Liability** Exclusion is replaced by the following:

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of employment by the "insured"; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

**(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

© Insurance Services Office, Inc., 2017 CA 01 55 02 18

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract".

**2.** Paragraph **B.5. Fellow Employee** Exclusion is deleted.

**3.** Paragraph **B.6. Care, Custody Or Control** Exclusion is replaced by the following:

"Property damage" to property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**4.** Paragraph **B.11. Pollution** Exclusion is replaced by the following:

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants". This exclusion does not apply if the discharge is sudden and accidental.

**5.** Paragraph **B.12. War** Exclusion is replaced by the following:

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**F.** Paragraph **C. Limit Of Insurance** of Section II – Liability Coverage is replaced by the following:

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

All "bodily injury" and "property damage" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

**2.** We will apply the limit shown in the Declarations to first provide the separate limits required by Virginia law as follows:

**a.** $25,000 for "bodily injury" to any one person caused by any one "accident"; and

**b.** Subject to **2.a.** above, $50,000 for "bodily injury" to two or more persons caused by any one "accident"; and

**c.** $20,000 for "property damage" caused by any one "accident".

This provision will not change the Limit of Insurance.

**G.** Paragraph **A.2. Coverage** of Section III – Trailer Interchange Coverage is replaced by the following:

**2.** We have the right and duty to defend any "suit" for these damages, even if the "suit" is groundless, false or fraudulent. However, we have no duty to defend "suits" for any "loss" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

**H.** Paragraph **A.3. Coverage Extensions** of Section III – Trailer Interchange Coverage is amended as follows:

**1.** Paragraph **3.d.** is replaced by the following:

In addition to the Limit of Insurance, we will pay for you:

**d.** All court costs taxed against the "insured" in any "suit" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**2.** Paragraph **f.** is added as follows:

In addition to the Limit of Insurance, we will pay for you:

**f.** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**I.** Section V – Motor Carrier Conditions is amended as follows:

**1.** Paragraph **A.2.b.(3)** of the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition is replaced by the following:

**b.** Additionally, you and any other involved "insured" must:

**(3)** Cooperate with us in the investigation, settlement or defense of the claim or "suit". The "insured" will be deemed not to have cooperated with us only if his or her failure or refusal to do so harms our defense of an action for damages.

2. Paragraph **A.2.c.** of the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition is replaced by the following:

   c. If there is "loss" to a covered "auto" or its equipment, you must also do the following, but only with respect to a Physical Damage claim:

      (1) Promptly notify the police if the covered "auto" or any of its equipment is stolen.

      (2) Do what is reasonably necessary to protect the covered "auto" from further damage. Also keep a record of your expenses for payment in the settlement claim.

      (3) Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

      (4) Agree to examinations under oath at our request and give us a signed statement of your answers.

3. Paragraph **A.4.** of the **Loss Payment – Physical Damage Coverages** Condition is replaced by the following:

   At our option, we may:

   a. Pay for, repair or replace damaged or stolen property;

   b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

   c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

   If we pay for the "loss", our payment will include:

      (1) The applicable sales and use tax for the damaged or stolen property;

      (2) Any applicable titling and license transfer fees incurred in obtaining a replacement vehicle in the event of a total "loss" to a covered "auto"; and

      (3) Any applicable general average, salvage or disposal charges.

4. Paragraph **B.2. Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

   Coverage for your claim under this Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you, at any time, intentionally conceal or misrepresent a material fact concerning:

   a. This Coverage Form;

   b. The covered "auto";

   c. Your interest in the covered "auto"; or

   d. A claim under this Coverage Form.

5. Paragraph **B.5.f.** of the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form is replaced by the following:

   f. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is deemed to be a covered "auto" you don't own.

6. Paragraph **B.6. Premium Audit** Condition is replaced by the following:

   The estimated premium for this Coverage Form is based on the exposures you told us you would have when this Policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

7. Paragraph **B.8. Two Or More Coverage Forms Or Policies Issued By Us** Condition is deleted.

8. Paragraph **B. General Conditions** is amended by the addition of the following:

   In return for the payment of the premium, and subject to all the terms of this Policy, we agree with you to provide the insurance as stated in this Policy.

J. The **Definitions** section is amended as follows:

   1. The "covered pollution cost or expense" definition is deleted.

   2. Exceptions **b.** and **c.** to the "insured contract" definition are deleted.

   3. The definition of "Suit" is replaced by the following:

      "Suit" means a civil proceeding in which damages because of "bodily injury" or "property damage", to which this insurance applies, are alleged.

© Insurance Services Office, Inc., 2017

"Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

**K. Changes In Endorsements**

1. All references to Auto Medical Payments are replaced in the endorsements by Medical Expense Benefits.

2. All references to personal injury protection (no-fault) and "covered pollution cost or expense" in any endorsement do not apply.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# VIRGINIA CHANGES IN POLICY – CANCELLATION AND NONRENEWAL

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Virginia, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** If you are an individual and a covered "auto" you own is of the private passenger type and not used in your occupation, profession or business, other than farming, and is not used as a public or livery conveyance including, but not limited to, any period of time a covered "auto" is being used by an insured ("insured") who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; and your business shown in the Declarations is not a garage, sales agency, repair shop, service station or public parking place, then the **Cancellation** Common Policy Condition does not apply. The following conditions apply instead:

**1. Cancellation**

**a.** You or your attorney-in-fact may cancel the Policy by returning to us or by mailing to us advance written notice of the date cancellation is to take effect.

**b.** We may cancel this Policy by mailing or delivering to the first Named Insured shown in the Declarations written notice of cancellation at least:

**(1)** 15 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 45 days before the effective date of cancellation if we cancel for any other reason.

**c.** When this Policy is in effect 60 days or more or is a renewal or continuation policy, we may only cancel for one or more of the following reasons:

**(1)** Nonpayment of premium.

**(2)** Your driver's license or that of a driver who lives with you or customarily uses the covered "auto" has been suspended or revoked during the policy period or, if the Policy is a renewal, during its policy period or the 90 days immediately preceding the last effective date.

**(3)** You or your attorney-in-fact has notified us that you have changed your legal residence to a state other than Virginia and your covered "auto" will be principally garaged in your new state.

**(4)** We replace this Policy with another one providing similar coverages and the same limits for the covered "auto". The replacement policy will take effect when this Policy is cancelled and will end a year after this Policy begins or on this Policy's expiration date, whichever is earlier.

**d.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

 © Insurance Services Office, Inc., 2016

e. If this Policy is cancelled, you may be entitled to a premium refund. If so, we will send the first Named Insured the refund. However, making or offering to make the refund is not a condition of cancellation. If you or your attorney-in-fact cancels, the refund, if any, will be computed in accordance with the procedure described in Paragraph **C.** of this endorsement.

f. If notice is mailed, proof of mailing will be sufficient proof of notice.

2. **Nonrenewal**

a. If we decide not to renew or continue this Policy, we will mail the first Named Insured shown in the Declarations notice at least 45 days before the end of the policy period. If the Policy is written for a period of less than one year or without a fixed expiration date, we will have the right not to renew or continue a particular coverage only at the end of any six-month period following its original effective date.

b. If we or our agent offers to renew or continue this Policy and you or your attorney-in-fact does not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you or your attorney-in-fact has not accepted our offer.

3. **Mailing Of Notices**

a. Any notice of cancellation or nonrenewal will be mailed to the first Named Insured's last known address in accordance with Virginia Law. However, we may deliver any notice instead of mailing it.

b. The notice of cancellation or nonrenewal will state the specific reason(s) for cancellation or nonrenewal, except when a policy is being cancelled or nonrenewed for nonpayment of premium.

B. For all other risks not described in Paragraph **A.** above:

1. Paragraphs **1.** and **2.** of the **Cancellation** Common Policy Condition are replaced by the following:

a. You or your attorney-in-fact may cancel the Policy by mailing or delivering to us advance written notice of the date cancellation is to take effect.

b. We may cancel the Policy by mailing or delivering to the first Named Insured shown in the Declarations written notice of cancellation, stating the reason(s) for cancellation, at least:

(1) 15 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(2) 45 days before the effective date of cancellation if we cancel for any other reason.

2. Paragraph **3.** of the **Cancellation** Common Policy Condition does not apply.

3. Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

5. If this Policy is cancelled, you may be entitled to a premium refund. If so, we will send the first Named Insured the refund. However, making or offering to make the refund is not a condition of cancellation. If you or your attorney-in-fact cancels, the refund, if any, will be computed in accordance with the procedure described in Paragraph **C.** of this endorsement.

4. The following conditions are added:

a. **Nonrenewal**

(1) We may nonrenew the Policy by mailing or delivering to the first Named Insured shown in the Declarations written notice of nonrenewal, stating the reason for nonrenewal, at least:

(a) 15 days before the expiration date of the Policy if we nonrenew for nonpayment of premium; or

(b) 45 days before the expiration date of the Policy if we nonrenew for any other reason.

(2) If we or our agent offers to renew or continue this Policy and you or your attorney-in-fact does not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you or your attorney-in-fact has not accepted our offer.

© Insurance Services Office, Inc., 2016 CA 02 68 02 18

**b. Mailing Of Notices**

Any notice of cancellation or nonrenewal will be mailed to the first Named Insured's last known address in accordance with Virginia Law. However, we may deliver any notice instead of mailing it.

**C.** The following provisions govern the calculation of return premium for all risks:

1. We will compute return premium pro rata and round to the next higher whole dollar when a policy is cancelled:

   **a.** At our request;

   **b.** Because you no longer have a financial or insurable interest in the property or business operation that is the subject of insurance;

   **c.** And rewritten by us or a member of our company group; or

   **d.** After the first year, if it is a prepaid policy written for a term of more than one year.

2. When this Policy is cancelled at your request (except when Paragraph **1.b., 1.c.** or **1.d.** applies), we will return 90% of the pro rata unearned premium, rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years. In addition, earned premium will not be less than our policywriting minimum premium.

3. When this Policy is cancelled at your request and is an auto dealer's policy written on a reporting form basis, we will calculate the return or additional premium as follows:

   **a.** Final annual premium will be determined on the basis of the average value reported during the period in which the Policy was in effect.

   **b.** Pro rata earned premium will be determined based on the final annual premium for the number of days the Policy was in force, as determined by Paragraph **3.a.,** rounded to the next higher whole dollar.

   **c.** Pro rata unearned premium will be determined by subtracting Paragraph **3.b.** from Paragraph **3.a.**

   **d.** The short rate surcharge will be determined by multiplying the unearned premium by 10% and rounding to the next higher whole dollar.

   **e.** Calculate the short rate earned premium by adding Paragraphs **3.b.** and **3.d.**

   **f.** If the short rate earned premium is less than the sum of all payments (including any deposit premium), the difference is the return premium.

   **g.** If the short rate earned premium is greater than the sum of all payments (including any deposit premium), the difference is the additional premium due.

   However, earned premium will not be less than our policywriting minimum premium.

**D. Additional Definitions**

As used in this endorsement:

1. "Occupying" means in, upon, getting in, on, out or off.

2. "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** S&F Logistics LLC |
| **Endorsement Effective Date:** 10/21/2018 |

## SCHEDULE

Covered Autos Liability Coverage and Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II –** General Liability Coverages in the Auto Dealers Coverage Form are subject to one of the following two deductibles shown below:

| | | |
|---|---|---|
| **Liability Deductible:** | $2,500 | **Per "Accident"** |
| | **OR** | |
| **"Property Damage" Only Liability Deductible:** | | **Per "Accident"** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Liability Deductible**

If a Liability Deductible, and not a "Property Damage" Only Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable will be reduced by the Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**B. Property Damage Only Liability Deductible**

If a "Property Damage" Only Liability Deductible, and not a Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable for "property damage" will be reduced by the "Property Damage" Only Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**C. Our Right To Reimbursement**

To settle any claim or "suit", we will pay all or any part of any deductible shown in the Schedule. You must reimburse us for the deductible or the part of the deductible we paid.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US (WAIVER OF SUBROGATION)

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** S&F Logistics LLC |
| **Endorsement Effective Date:** 10/21/2018 |

**SCHEDULE**

| |
|---|
| **Name(s) Of Person(s) Or Organization(s):** |
| ALL PARTIES WHERE REQUIRED BY WRITTEN CONTRACT PRIOR TO A LOSS. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The **Transfer Of Rights Of Recovery Against Others To Us** condition does not apply to the person(s) or organization(s) shown in the Schedule, but only to the extent that subrogation is waived prior to the "accident" or the "loss" under a contract with that person or organization.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UNINSURED MOTORISTS ENDORSEMENT
## (VIRGINIA)

### A. Words And Phrases With Special Meaning

The following words and phrases have special meaning throughout this endorsement and appear in quotation marks when used:

1. "You" and "your" mean the person or organization shown as the named insured in ITEM ONE of the declarations.

2. "We", "us", and "our" mean the company providing insurance.

3. "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage" the "insured" neither expected nor intended.

4. "Available for payment" means the amount of liability insurance coverage applicable to the claim of the injured person for "bodily injury" or "property damage" reduced by the payment of any other claims arising out of the same "accident".

5. "Bodily injury" means bodily injury, sickness or disease including death resulting from any of these.

6. "Covered auto" means a motor vehicle, or a "temporary substitute", with respect to which the "bodily injury" or "property damage" liability coverage of the policy applies.

7. "Family member" means a person related to "you" by blood, marriage or adoption who is a resident of "your" household, including a ward or foster child.

8. "Insured" means any person or organization qualifying as an insured in the **Who Is An Insured** section of this endorsement, including the personal representative of any insured. Except with respect to "our" Limit Of Liability, the insurance afforded applies separately to each insured who is seeking coverage under this endorsement.

9. "Loss" means direct and accidental damage or loss.

10. "Property damage" means damage to or loss of use of tangible property.

11. "Occupying" means in, upon, using, getting in, on, out of or off.

12. "Temporary substitute" means a motor vehicle that is being used in place of a "covered auto". The "covered auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

13. "Underinsured motor vehicle" means a motor vehicle, when, and to the extent that, the total amount of "bodily injury" and "property damage" coverage applicable to the operation or use of the motor vehicle and "available for payment" for such "bodily injury" or "property damage", including all bonds or deposits of money or securities made pursuant to Article 15 (Section 46.2-435 et seq.) of Chapter 3 of Title 46.2 of the Code of Virginia, is less than the total amount of uninsured motorist coverage afforded any person injured as a result of the operation or use of the motor vehicle.

14. "Uninsured motor vehicle" means a motor vehicle:

    a. For which:

        1. There is no "bodily injury" liability insurance and "property damage" liability insurance in the amounts specified by Section 46.2-472 of the Code of Virginia.

        2. There is such insurance but the insurer writing the insurance denies coverage for any reason whatsoever, including failure or refusal of the insured to cooperate with the insurer.

        3. There is no bond or deposit of money or securities in lieu of such insurance.

        4. The owner of the vehicle has not qualified as a self-insurer under the provisions of Section 46.2-368, or

        5. The owner or operator of the motor vehicle is immune from liability for negligence under the laws of the Commonwealth or the United States. A motor vehicle shall be deemed uninsured if its owner or operator is unknown.

If the owner or operator of any motor vehicle that causes "bodily injury" or "property damage" to the "insured" is unknown, and if the damage or injury results from an "accident" where there has been no contact between that motor vehicle and the motor vehicle occupied by the "insured", or where there has been no contact with the person of the "insured" if the "insured" was not "occupying" a motor vehicle, then for the "insured" to recover under this endorsement pursuant to Paragraph **a.** of this definition, the "accident" shall be reported promptly to either:

1. The insurer or;

2. A law-enforcement officer having jurisdiction in the county or city in which the "accident" occurred. If it is not reasonably practicable to make the report promptly, the report shall be made as soon as reasonably practicable under the circumstances.

  **b.** Which is an "underinsured motor vehicle".

## B. We Will Pay

"We" will pay in accordance with the Virginia Uninsured Motorists Law, all sums the "insured" is legally entitled to recover as damages from the owner or operator of an "uninsured motor vehicle".

## C. We Will Not Cover - Exclusions

This insurance does not apply to:

1. A "bodily injury" or "property damage" claim settled by the "insured" without "our" consent with anyone who may be legally liable.

2. The direct or indirect benefit of any insurer of property.

3. The first $200 of the total amount of "property damage" as the result of any one "accident" involving an unidentifiable driver or owner of an "uninsured motor vehicle". This exclusion does not apply if the owner or operator of the "uninsured motor vehicle" causing the damage can be identified.

4. Anyone using the "covered auto" without a reasonable belief that the person is entitled to do so.

## D. Who Is Insured

1. "You" or any "family member".

2. Anyone else "occupying" a "covered "auto".

3. Anyone for damages he or she is entitled to recover because of "bodily injury" to which this coverage applies, sustained by another "insured" under **1.** or **2.** above.

## E. Our Limit Of Liability

1. Regardless of the number of "covered autos", "insureds", claims made or motor vehicles involved in the "accident", the most "we" will pay for all damages resulting from any one "accident" is the limit of **Uninsured Motorists Insurance** shown in the Schedule or Declarations. However, if more than one "covered auto" is involved in the same "accident", the limit of Uninsured Motorists Insurance shown in the Schedule or Declarations will apply separately to each of these "covered autos". Such limit of insurance shall first provide the separate limits required by the Virginia Motor Vehicle Safety Responsibility Act.

2. Except with respect to an "underinsured motor vehicle", damages otherwise payable under this coverage:

  **a.** Shall be reduced by all sums paid because of "bodily injury" or "property damage" by or on behalf of persons or organizations who may be legally responsible.

  **b.** With respect to an employee of a self-insured employer, shall be reduced by all sums paid or payable because of "bodily injury" under a workers' compensation law.

## F. Conditions

The conditions applicable to this coverage are as follows:

1. **Other Insurance**

  **a.** For "bodily injury" to an "insured" while "occupying" a motor vehicle that is not a "covered auto", this coverage shall apply only as excess insurance over any other similar insurance available to that "insured" and applicable to that motor vehicle as primary insurance. However, this paragraph does not apply to an "underinsured motor vehicle".

  **b.** Except as provided in Paragraph **a.** above, if the "insured" has other similar "bodily injury" insurance available to him or her and applicable to the "accident", "we" shall not be liable for a greater proportion of any "loss" to which this coverage applies than the limit of liability for this coverage bears to the sum of the applicable limits of liability of this insurance and such other insurance. However, this provision does not apply to an "underinsured motor vehicle".

  **c.** For "property damage", **Uninsured Motorists Insurance** is excess over all other collectible insurance of any kind applicable to the "property damage".

**d.** If the injured person is entitled to underinsured motorists coverage under more than one policy, the following order of priority applies and any amount "available for payment" shall be credited against such policies in the following order of priority:

   **(1)** The policy covering a motor vehicle "occupied" by the injured person at the time of the "accident".

   **(2)** The policy covering a motor vehicle not involved in the "accident" under which the injured person is a named insured.

   **(3)** The policy covering a motor vehicle not involved in the "accident" under which the injured person is other than a named insured.

   If there is more than one insurer providing coverage under one of the payment priorities set forth in Paragraph **d.** above, we will pay only "our" share of the "loss". "Our" share is the proportion that "our" limit of liability bears to the total of all limits applicable on the same level of priority.

**2. Our Right To Recover From Others**

If "we" make any payment, "we" are entitled to recover what "we" paid from other parties. Any person to or for whom "we" make payment must transfer to "us" his or her rights of recovery against any other party. The person must do everything necessary to secure these rights and must do nothing that would jeopardize them.

**3. Legal Action Against Us**

No legal action may be brought against "us" until there has been full compliance with all the terms of the policy.

**4. Changes**

If a change requires a premium adjustment, "we" will adjust the premium as of the effective date of the change.

**5. Transfer Of Rights And Duties**

"Your" rights and duties under this endorsement may not be assigned without "our" written consent.

**6. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate shall not relieve "us" of any obligations under this endorsement.

**7. Policy Period, Coverage Territory**

Under this endorsement, "we" cover "accidents" and "losses" occurring:

   **a.** During the policy period shown in the Declarations; and

   **b.** Within the coverage territory.

The coverage territory is:

   **a.** The United States of America

   **b.** The territories and possessions of the United States of America.

   **c.** Puerto Rico; and

   **d.** Canada

"We" also cover "loss" to, or "accidents" involving, a "covered auto" while being transported between any of these places.

**8. Concealment, Misrepresentation, Or Fraud**

Coverage for "your" claim under this endorsement is void in any case of fraud by "you" at any time as it relates to this coverage. It is also void if "you", at any time, intentionally conceal or misrepresent a material fact concerning:

   **a.** This endorsement;

   **b.** The "covered auto";

   **c.** "Your" interest in the "covered auto"; or

   **d.** A claim under this coverage.

**9. Premium Audit**

   **a.** The estimated premium for this endorsement is based on the exposures "you" told "us" "you" would have when this policy began. "We" will compute the final premium due when "we" determine "your" actual exposures. The estimated total premium will be credited against the final premium due and the First Named Insured will be billed for the balance, if any. If the estimated total premium exceeds the final premium due, the First Named Insured will get a refund.

   **b.** If this policy is issued for more than one year, the premium for this endorsement will be computed annually, based on "our" rates or premiums in effect at the beginning of each year of the policy.

**10. Arbitration**

   **a.** If "we" and an "insured" disagree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated.

"You" are not required to arbitrate; however, if both parties agree to arbitrate, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. "We" will pay all arbitration expenses if "we" request arbitration. If an "insured" requests the arbitration, each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision can be reached by two of the arbitrators but will not be binding.

# Argonaut Insurance Company

225 W. Washington Street, 24th Floor
Chicago, IL 60606

POLICY NUMBER: AVT 1000040 00

**COMMERCIAL AUTO**
**CA DS 21 10 13**

# MOTOR CARRIER DECLARATIONS

**ITEM ONE**

| **Company Name:** | **Producer Name:** | PEOP |
|---|---|---|
| Argonaut Insurance Company | Peoples Insurance Agency, Ltd | |
| 225 W. Washington Street, 24th Floor | 1700 8th Street SW | |
| Chicago, IL 60606 | Waverly, IA 50677 | |

**Named Insured:** S&F Logistics LLC

**Mailing Address:** 16360 INDUSTRIAL DRIVE
Milford, VA 22514

| **Policy Period** | |
|---|---|
| **From:** 10/21/2018 | |
| **To:** 10/21/2019 | At 12:01 AM Standard Time at your mailing address shown above |
| **Previous Policy Number:** NEW | |

**Form Of Business:**
- [ ] Corporation
- [x] Limited Liability Company
- [ ] Individual
- [ ] Partnership
- [ ] Other:

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

~~Premium Shown Is Payable At Inception~~

~~At The Inception (if applicable):~~ ☐ Annually ☐ Semi-Annually ☐ Quarterly ☐

| **Endorsements Attached To This Policy** |
|---|
| **IL 00 17** - Common Policy Conditions (**IL 01 46** in Washington) |
| **IL 00 21** - Broad Form Nuclear Exclusion (not applicable in New York) (**IL 01 98** in Washington) |
| See Schedule of Forms and Endorsements. |

| | Countersignature Of Authorized Representative |
|---|---|
| **Name:** | |
| **Title:** | |
| **Signature:** | |
| **Date:** | |

**ITEM TWO**

**Schedule Of Coverages And Covered Autos**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Motor Carrier Coverage Form next to the name of the coverage.**

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| **Covered Autos Liability** | ▬▬▬▬ | ▬▬▬▬▬▬ | ▬▬▬▬ |
| **Personal Injury Protection (Or Equivalent No-fault Coverage)** | | Separately Stated In Each Personal Injury Protection Endorsement Minus <br><br> **Deductible** | |
| **Added Personal Injury Protection (Or Equivalent Added No-fault Coverage)** | | **Separately Stated In Each Added Personal Injury Protection Endorsement** | |
| **Property Protection Insurance (Michigan Only)** | | **Separately Stated In The Property Protection Insurance Endorsement Minus** <br><br> **Deductible** <br> **For Each Accident** | |
| **Auto Medical Payments** | | **Each Insured** | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | | **Separately Stated In The Medical Expense And Income Loss Benefits Endorsement** | |
| **Uninsured Motorists** | ▬▬▬ | ▬▬▬▬ | ▬▬▬0 |
| **Underinsured Motorists (When Not Included In Uninsured Motorists Coverage)** | | | |

**ITEM TWO**

**Schedule Of Coverages And Covered Autos (Cont'd)**

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| Trailer Interchange Comprehensive Coverage | | **Least Of Actual Cash Value, Cost Of Repair Or Limit Of Insurance.** | |
| | | **Deductible For Each Covered Trailer** | |
| Trailer Interchange Specified Causes Of Loss Coverage | | **Least Of Actual Cash Value, Cost Of Repair Or Limit Of Insurance** | |
| | | **Deductible For Each Covered Trailer** | |
| Trailer Interchange Collision Coverage | | **Least Of Actual Cash Value, Cost Of Repair Or Limit Of Insurance** | |
| | | **Deductible For Each Covered Trailer** | |
| Physical Damage Comprehensive Coverage | | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning.** See Item Four for Hired or Borrowed Autos | |
| Physical Damage Specified Causes Of Loss Coverage | | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto For Loss Caused By Mischief Or** See Item Four for Hired or Borrowed Autos | |
| Physical Damage Collision Coverage | | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto.** See Item Four for Hired or Borrowed Autos | |
| Physical Damage Towing And Labor | | **For Each Disablement Of A Private Passenger Auto.** | |
| | | | |
| | | **Premium For Endorsements** | ▅▅▅ |
| | | **Estimated Total Premium\*** | ▅▅▅▅ |
| \*This policy may be subject to final audit. | | | |

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| Covered Auto Number: | 1 |
|---|---|

**Town And State Where The Covered Auto Will Be Principally Garaged:**
Milford, VA

| Covered Auto Description | |
|---|---|
| **Year:** 2006 **Model:** Tractor | **Trade Name:** FREIGHTLINER |
| **Body Type:** Tractor | **Serial Number(s):** |
| **Vehicle Identification Number (VIN):** 1FUJCRCKX6PV82548 | |
| **Original Cost New:** | |

**Classification**

| Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
|---|---|---|---|---|---|
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | X | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

**Coverages - Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| **Covered Autos Liability** | ▬▬▬▬ | ▬▬▬▬ |
| **Personal Injury Protection** | **Stated In Each Personal Injury Protection Endorsement Minus** Deductible | |
| **Added Personal Injury Protection** | **Stated In Each Added Personal Injury Protection Endorsement** | |
| **Property Protection Insurance (Michigan Only)** | **Stated In The Property Protection Insurance Endorsement Minus** Deductible | |
| **Auto Medical Payments** | Each Insured | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | **Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person** | |
| **Uninsured Motorist** | ▬▬▬▬ | ▬▬▬▬ |
| **Underinsured Motorist** | | |
| **Comprehensive** | **Stated In Item Two Minus** Deductible | |
| **Specified Causes Of Loss** | **Stated In Item Two Minus** Deductible | |
| **Collision** | **Stated In Item Two Minus** Deductible | |
| **Towing And Labor** | Per Disablement | |

Original

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| | |
|---|---|
| **Covered Auto Number:** | 2 |

**Town And State Where The Covered Auto Will Be Principally Garaged:**
Milford, VA

<table>
<tr><td colspan="2" align="center"><b>Covered Auto Description</b></td></tr>
<tr><td><b>Year:</b> 2006   <b>Model:</b> Tractor</td><td><b>Trade Name:</b> KENWORTH</td></tr>
<tr><td><b>Body Type:</b> Tractor</td><td><b>Serial Number(s):</b></td></tr>
<tr><td colspan="2"><b>Vehicle Identification Number (VIN):</b> 1XKADB9X46J107712</td></tr>
</table>

**Original Cost New:**

**Classification**

| Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
|---|---|---|---|---|---|
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | X | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

**Coverages - Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| **Covered Autos Liability** | ▓▓▓▓▓▓▓ | ▓▓▓▓ |
| **Personal Injury Protection** | Stated In Each Personal Injury Protection Endorsement Minus      Deductible | |
| **Added Personal Injury Protection** | Stated In Each Added Personal Injury Protection Endorsement | |
| **Property Protection Insurance (Michigan Only)** | Stated In The Property Protection Insurance Endorsement Minus      Deductible | |
| **Auto Medical Payments** | Each Insured | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | |
| **Uninsured Motorist** | ▓▓▓▓▓ | ▓▓▓ |
| **Underinsured Motorist** | | |
| **Comprehensive** | Stated In Item Two Minus      Deductible | |
| **Specified Causes Of Loss** | Stated In Item Two Minus      Deductible | |
| **Collision** | Stated In Item Two Minus      Deductible | |
| **Towing And Labor** | Per Disablement | |

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| Covered Auto Number: 3 |
|---|

| Town And State Where The Covered Auto Will Be Principally Garaged: |
|---|
| Milford, VA |

| Covered Auto Description | |
|---|---|
| **Year:** 2016    **Model:** Tractor | **Trade Name:** PETERBILT |
| **Body Type:** Tractor | **Serial Number(s):** |
| **Vehicle Identification Number (VIN):** 1XPXD49X2GD344697 | |

| Original Cost New: |
|---|

| Classification | | | | | |
|---|---|---|---|---|---|
| Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | 4 | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

| Coverages - Premiums, Limits And Deductibles | | |
|---|---|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |
| **Coverages** | **Limit** | **Premium** |
| Covered Autos Liability | ▪▪▪▪▪▪▪ | ▪▪▪▪▪▪ |
| Personal Injury Protection | Stated In Each Personal Injury Protection Endorsement Minus       Deductible | |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus       Deductible | |
| Auto Medical Payments | Each Insured | |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | |
| Uninsured Motorist | ▪▪▪▪▪▪ | ▪▪▪▪▪ |
| Underinsured Motorist | | |
| Comprehensive | Stated In Item Two Minus       Deductible | |
| Specified Causes Of Loss | Stated In Item Two Minus       Deductible | |
| Collision | Stated In Item Two Minus       Deductible | |
| Towing And Labor | Per Disablement | |

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| Covered Auto Number: 4 |
|---|

**Town And State Where The Covered Auto Will Be Principally Garaged:**
Milford, VA

| Covered Auto Description |
|---|

| Year: 2014 | Model: Tractor | Trade Name: PETERBILT |
|---|---|---|
| Body Type: Tractor | | Serial Number(s): |

**Vehicle Identification Number (VIN):** 1XPXD49X4ED22456

**Original Cost New:**

| Classification | | | | | |
|---|---|---|---|---|---|
| Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | A | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

| Coverages - Premiums, Limits And Deductibles |
|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) |

| Coverages | Limit | Premium |
|---|---|---|
| Covered Autos Liability | ███████ | ███████ |
| Personal Injury Protection | Stated In Each Personal Injury Protection Endorsement Minus          Deductible | |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus      Deductible | |
| Auto Medical Payments | Each Insured | |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | |
| Uninsured Motorist | ███████ | ███████ |
| Underinsured Motorist | | |
| Comprehensive | Stated In Item Two Minus      Deductible | |
| Specified Causes Of Loss | Stated In Item Two Minus      Deductible | |
| Collision | Stated In Item Two Minus      Deductible | |
| Towing And Labor | Per Disablement | |

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| Covered Auto Number: | 5 |
|---|---|

**Town And State Where The Covered Auto Will Be Principally Garaged:**
Milford, VA

| Covered Auto Description | | |
|---|---|---|
| **Year:** 2013 | **Model:** Tractor | **Trade Name:** PETERBILT |
| **Body Type:** Tractor | | **Serial Number(s):** |
| **Vehicle Identification Number (VIN):** 1XPHDP9X1DD213892 | | |
| **Original Cost New:** | | |

| Classification | | | | | |
|---|---|---|---|---|---|
| Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | B | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

**Coverages - Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| Covered Autos Liability | �\u2588\u2588\u2588\u2588\u2588 | \u2588\u2588\u2588\u2588\u2588 |
| Personal Injury Protection | Stated In Each Personal Injury Protection Endorsement Minus _____ Deductible | |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus _____ Deductible | |
| Auto Medical Payments | Each Insured | |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | |
| Uninsured Motorist | \u2588\u2588\u2588\u2588\u2588 | \u2588\u2588\u2588\u2588\u2588 |
| Underinsured Motorist | | |
| Comprehensive | Stated In Item Two Minus _____ Deductible | |
| Specified Causes Of Loss | Stated In Item Two Minus _____ Deductible | |
| Collision | Stated In Item Two Minus _____ Deductible | |
| Towing And Labor | Per Disablement | |

Original

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| Covered Auto Number: | 6 |
|---|---|

**Town And State Where The Covered Auto Will Be Principally Garaged:**
Milford, VA

| Covered Auto Description | |
|---|---|
| **Year:** 2013 **Model:** Tractor | **Trade Name:** PETERBILT |
| **Body Type:** Tractor | **Serial Number(s):** |
| **Vehicle Identification Number (VIN):** 1XPHDP9X5DD213894 | |
| **Original Cost New:** | |

**Classification**

| Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
|---|---|---|---|---|---|
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | B | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

**Coverages - Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| Covered Autos Liability | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓ |
| Personal Injury Protection | Stated In Each Personal Injury Protection Endorsement Minus ___ Deductible | |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus ___ Deductible | |
| Auto Medical Payments | Each Insured | |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | |
| Uninsured Motorist | ▓▓▓▓▓ | ▓▓▓ |
| Underinsured Motorist | | |
| Comprehensive | Stated In Item Two Minus ___ Deductible | |
| Specified Causes Of Loss | Stated In Item Two Minus ___ Deductible | |
| Collision | Stated In Item Two Minus ___ Deductible | |
| Towing And Labor | Per Disablement | |

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| Covered Auto Number: | 7 |
|---|---|

**Town And State Where The Covered Auto Will Be Principally Garaged:**
Milford, VA

| Covered Auto Description | | |
|---|---|---|
| **Year:** 2014 | **Model:** Tractor | **Trade Name:** PETERBILT |
| **Body Type:** Tractor | | **Serial Number(s):** |
| **Vehicle Identification Number (VIN):** 1XPXD49X3ED238787 | | |
| **Original Cost New:** | | |

| Classification | | | | | |
|---|---|---|---|---|---|
| **Radius Of Operation** | **Business Use s=service r=retail c=commercial** | **Size GVW, GCW Or Vehicle Seating Capacity** | **Age Group** | **Secondary Rating Classification** | **Code** |
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | A | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

**Coverages - Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| **Covered Autos Liability** | ▆▆▆▆▆ | ▆▆▆▆▆ |
| **Personal Injury Protection** | **Stated In Each Personal Injury Protection Endorsement Minus** Deductible | |
| **Added Personal Injury Protection** | **Stated In Each Added Personal Injury Protection Endorsement** | |
| **Property Protection Insurance (Michigan Only)** | **Stated In The Property Protection Insurance Endorsement Minus** Deductible | |
| **Auto Medical Payments** | **Each Insured** | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | **Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person** | |
| **Uninsured Motorist** | ▆▆▆▆▆ | ▆▆▆▆▆ |
| **Underinsured Motorist** | | |
| **Comprehensive** | **Stated In Item Two Minus** Deductible | |
| **Specified Causes Of Loss** | **Stated In Item Two Minus** Deductible | |
| **Collision** | **Stated In Item Two Minus** Deductible | |
| **Towing And Labor** | **Per Disablement** | |

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| | |
|---|---|
| **Covered Auto Number:** 8 | |

**Town And State Where The Covered Auto Will Be Principally Garaged:**
Milford, VA

**Covered Auto Description**

| | |
|---|---|
| **Year:** 2013 **Model:** Tractor | **Trade Name:** PETERBILT |
| **Body Type:** Tractor | **Serial Number(s):** |

**Vehicle Identification Number (VIN):** 1XPHDP9X3DD213893

**Original Cost New:**

**Classification**

| Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
|---|---|---|---|---|---|
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | B | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

**Coverages - Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| **Covered Autos Liability** | $ ▮▮▮▮▮ | ▮▮▮▮▮ |
| **Personal Injury Protection** | Stated In Each Personal Injury Protection Endorsement Minus           Deductible | |
| **Added Personal Injury Protection** | Stated In Each Added Personal Injury Protection Endorsement | |
| **Property Protection Insurance (Michigan Only)** | Stated In The Property Protection Insurance Endorsement Minus           Deductible | |
| **Auto Medical Payments** | Each Insured | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | |
| **Uninsured Motorist** | ▮▮▮▮▮ | ▮▮▮▮▮ |
| **Underinsured Motorist** | | |
| **Comprehensive** | Stated In Item Two Minus           Deductible | |
| **Specified Causes Of Loss** | Stated In Item Two Minus           Deductible | |
| **Collision** | Stated In Item Two Minus           Deductible | |
| **Towing And Labor** | Per Disablement | |

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| Covered Auto Number: 9 |
|---|

**Town And State Where The Covered Auto Will Be Principally Garaged:**
Milford, VA

**Covered Auto Description**

| Year: 2007 | Model: Tractor | Trade Name: PETERBILT |
|---|---|---|
| Body Type: Tractor | | Serial Number(s): |

**Vehicle Identification Number (VIN):** 1XP5DB9X37D654918

**Original Cost New:**

**Classification**

| Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
|---|---|---|---|---|---|
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | X | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

**Coverages - Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| Covered Autos Liability | ▓▓▓▓▓ | ▓▓▓▓▓ |
| Personal Injury Protection | Stated In Each Personal Injury Protection Endorsement Minus      Deductible | |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus      Deductible | |
| Auto Medical Payments | Each Insured | |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | |
| Uninsured Motorist | ▓▓▓▓▓ | ▓▓▓▓▓ |
| Underinsured Motorist | | |
| Comprehensive | Stated In Item Two Minus      Deductible | |
| Specified Causes Of Loss | Stated In Item Two Minus      Deductible | |
| Collision | Stated In Item Two Minus      Deductible | |
| Towing And Labor | Per Disablement | |

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| | |
|---|---|
| **Covered Auto Number:** 10 | |

**Town And State Where The Covered Auto Will Be Principally Garaged:**
Milford, VA

<table>
<tr><td colspan="4" align="center"><b>Covered Auto Description</b></td></tr>
<tr><td><b>Year:</b> 2013</td><td><b>Model:</b> Tractor</td><td colspan="2"><b>Trade Name:</b> VOLVO</td></tr>
<tr><td colspan="2"><b>Body Type:</b> Tractor</td><td colspan="2"><b>Serial Number(s):</b></td></tr>
<tr><td colspan="4"><b>Vehicle Identification Number (VIN):</b> 4V4NC9EJ2DN132693</td></tr>
<tr><td colspan="4"><b>Original Cost New:</b></td></tr>
</table>

| | | Classification | | | |
|---|---|---|---|---|---|
| **Radius Of Operation** | **Business Use s=service r=retail c=commercial** | **Size GVW, GCW Or Vehicle Seating Capacity** | **Age Group** | **Secondary Rating Classification** | **Code** |
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | B | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

**Coverages - Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| **Covered Autos Liability** | ▓▓▓▓ | ▓▓▓▓ |
| **Personal Injury Protection** | Stated In Each Personal Injury Protection Endorsement Minus       Deductible | |
| **Added Personal Injury Protection** | Stated In Each Added Personal Injury Protection Endorsement | |
| **Property Protection Insurance (Michigan Only)** | Stated In The Property Protection Insurance Endorsement Minus       Deductible | |
| **Auto Medical Payments** | Each Insured | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | |
| **Uninsured Motorist** | ▓▓▓▓ | ▓▓▓▓ |
| **Underinsured Motorist** | | |
| **Comprehensive** | Stated In Item Two Minus       Deductible | |
| **Specified Causes Of Loss** | Stated In Item Two Minus       Deductible | |
| **Collision** | Stated In Item Two Minus       Deductible | |
| **Towing And Labor** | Per Disablement | |

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| Covered Auto Number: 11 |
|---|

**Town And State Where The Covered Auto Will Be Principally Garaged:**
Milford, VA

| Covered Auto Description |
|---|

| Year: 2007 | Model: Tractor | Trade Name: VOLVO |
|---|---|---|

**Body Type:** Tractor   |   **Serial Number(s):**

**Vehicle Identification Number (VIN):** 4V4NC9GH17N456796

**Original Cost New:**

| Classification | | | | | |
|---|---|---|---|---|---|
| Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | X | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

**Coverages - Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| Covered Autos Liability | ▆▆▆▆▆▆▆ | ▆19,170 |
| Personal Injury Protection | Stated In Each Personal Injury Protection Endorsement Minus                 Deductible | |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus                 Deductible | |
| Auto Medical Payments | Each Insured | |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | |
| Uninsured Motorist | ▆▆▆▆▆▆ | ▆▆▆ |
| Underinsured Motorist | | |
| Comprehensive | Stated In Item Two Minus                 Deductible | |
| Specified Causes Of Loss | Stated In Item Two Minus                 Deductible | |
| Collision | Stated In Item Two Minus                 Deductible | |
| Towing And Labor | Per Disablement | |

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| Covered Auto Number: | 12 |
|---|---|

**Town And State Where The Covered Auto Will Be Principally Garaged:**
Milford, VA

| Covered Auto Description | | |
|---|---|---|
| **Year:** 2013 | **Model:** Tractor | **Trade Name:** VOLVO |
| **Body Type:** Tractor | | **Serial Number(s):** |
| **Vehicle Identification Number (VIN):** 4V4NC9EJ9DN132691 | | |

| Original Cost New: |
|---|

| Classification | | | | | |
|---|---|---|---|---|---|
| Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | B | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

**Coverages - Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry
in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| **Covered Autos Liability** | ▓▓▓▓ | ▓▓▓▓ |
| **Personal Injury Protection** | Stated In Each Personal Injury Protection Endorsement Minus       Deductible | |
| **Added Personal Injury Protection** | Stated In Each Added Personal Injury Protection Endorsement | |
| **Property Protection Insurance (Michigan Only)** | Stated In The Property Protection Insurance Endorsement Minus       Deductible | |
| **Auto Medical Payments** | Each Insured | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | |
| **Uninsured Motorist** | ▓▓▓▓ | ▓▓▓▓ |
| **Underinsured Motorist** | | |
| **Comprehensive** | Stated In Item Two Minus       Deductible | |
| **Specified Causes Of Loss** | Stated In Item Two Minus       Deductible | |
| **Collision** | Stated In Item Two Minus       Deductible | |
| **Towing And Labor** | Per Disablement | |

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| | |
|---|---|
| **Covered Auto Number:** 13 | |

**Town And State Where The Covered Auto Will Be Principally Garaged:**
Milford, VA

| Covered Auto Description |
|---|

| | |
|---|---|
| **Year:** 2007 **Model:** Tractor | **Trade Name:** VOLVO |
| **Body Type:** Tractor | **Serial Number(s):** |
| **Vehicle Identification Number (VIN):** 4V4NC9KJ97N478913 | |
| **Original Cost New:** | |

| Classification | | | | | |
|---|---|---|---|---|---|
| Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | X | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

| Coverages - Premiums, Limits And Deductibles |
|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) |

| Coverages | Limit | Premium |
|---|---|---|
| **Covered Autos Liability** | ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮ |
| **Personal Injury Protection** | Stated In Each Personal Injury Protection Endorsement Minus Deductible | |
| **Added Personal Injury Protection** | Stated In Each Added Personal Injury Protection Endorsement | |
| **Property Protection Insurance (Michigan Only)** | Stated In The Property Protection Insurance Endorsement Minus Deductible | |
| **Auto Medical Payments** | Each Insured | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | |
| **Uninsured Motorist** | ▮▮▮▮▮▮ | ▮▮▮▮ |
| **Underinsured Motorist** | | |
| **Comprehensive** | Stated In Item Two Minus Deductible | |
| **Specified Causes Of Loss** | Stated In Item Two Minus Deductible | |
| **Collision** | Stated In Item Two Minus Deductible | |
| **Towing And Labor** | Per Disablement | |

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| Covered Auto Number: | 14 |
|---|---|

**Town And State Where The Covered Auto Will Be Principally Garaged:**
Milford, VA

| Covered Auto Description | | |
|---|---|---|

| Year: 2013 | Model: Tractor | Trade Name: VOLVO |
|---|---|---|
| Body Type: Tractor | | Serial Number(s): |

**Vehicle Identification Number (VIN):** 4V4NC9EHXDN135676

**Original Cost New:**

| Classification | | | | | |
|---|---|---|---|---|---|
| Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | B | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

**Coverages - Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| Covered Autos Liability | �the▊▊▊▊▊ | ▊▊▊▊▊ |
| Personal Injury Protection | Stated In Each Personal Injury Protection Endorsement Minus Deductible | |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus Deductible | |
| Auto Medical Payments | Each Insured | |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | |
| Uninsured Motorist | ▊▊▊▊0 | ▊▊▊▊ |
| Underinsured Motorist | | |
| Comprehensive | Stated In Item Two Minus Deductible | |
| Specified Causes Of Loss | Stated In Item Two Minus Deductible | |
| Collision | Stated In Item Two Minus Deductible | |
| Towing And Labor | Per Disablement | |

© Insurance Services Office, Inc., 2011
Original

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| | |
|---|---|
| **Covered Auto Number:** 15 | |

**Town And State Where The Covered Auto Will Be Principally Garaged:**
Milford, VA

**Covered Auto Description**

| | | | |
|---|---|---|---|
| **Year:** 2007 | **Model:** Tractor | **Trade Name:** VOLVO | |
| **Body Type:** Tractor | | **Serial Number(s):** | |

**Vehicle Identification Number (VIN):** 4V4LC9KL27N482441

**Original Cost New:**

**Classification**

| Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
|---|---|---|---|---|---|
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | X | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

**Coverages - Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| **Covered Autos Liability** | ▓▓▓▓▓▓0 | ▓▓▓▓▓▓▓ |
| **Personal Injury Protection** | Stated In Each Personal Injury Protection Endorsement Minus           Deductible | |
| **Added Personal Injury Protection** | Stated In Each Added Personal Injury Protection Endorsement | |
| **Property Protection Insurance (Michigan Only)** | Stated In The Property Protection Insurance Endorsement Minus      Deductible | |
| **Auto Medical Payments** | Each Insured | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | |
| **Uninsured Motorist** | ▓▓▓▓▓▓▓ | ▓▓▓▓ |
| **Underinsured Motorist** | | |
| **Comprehensive** | Stated In Item Two Minus         Deductible | |
| **Specified Causes Of Loss** | Stated In Item Two Minus         Deductible | |
| **Collision** | Stated In Item Two Minus         Deductible | |
| **Towing And Labor** | Per Disablement | |

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| Covered Auto Number: | 16 |
|---|---|

**Town And State Where The Covered Auto Will Be Principally Garaged:**
Milford, VA

| Covered Auto Description | |
|---|---|
| Year: 2016    Model: Tractor | Trade Name: VOLVO |
| Body Type: Tractor | Serial Number(s): |
| Vehicle Identification Number (VIN): 4V4NC9EJ0GN936222 | |

**Original Cost New:**

| Classification | | | | | |
|---|---|---|---|---|---|
| Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | 4 | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

**Coverages - Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| Covered Autos Liability | ▓▓▓▓▓0 | ▓▓▓▓ |
| Personal Injury Protection | Stated In Each Personal Injury Protection Endorsement Minus       Deductible | |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus       Deductible | |
| Auto Medical Payments | Each Insured | |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | |
| Uninsured Motorist | ▓▓▓▓▓ | ▓▓▓ |
| Underinsured Motorist | | |
| Comprehensive | Stated In Item Two Minus       Deductible | |
| Specified Causes Of Loss | Stated In Item Two Minus       Deductible | |
| Collision | Stated In Item Two Minus       Deductible | |
| Towing And Labor | Per Disablement | |

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| | |
|---|---|
| **Covered Auto Number:** 17 | |

**Town And State Where The Covered Auto Will Be Principally Garaged:**
Milford, VA

**Covered Auto Description**

| | |
|---|---|
| **Year:** 2009 **Model:** Tractor | **Trade Name:** VOLVO |
| **Body Type:** Tractor | **Serial Number(s):** |

**Vehicle Identification Number (VIN):** 4V4NC9TH29N281869

**Original Cost New:**

**Classification**

| Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
|---|---|---|---|---|---|
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | F | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

**Coverages - Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| **Covered Autos Liability** | ▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓ |
| **Personal Injury Protection** | Stated In Each Personal Injury Protection Endorsement Minus                    Deductible | |
| **Added Personal Injury Protection** | Stated In Each Added Personal Injury Protection Endorsement | |
| **Property Protection Insurance (Michigan Only)** | Stated In The Property Protection Insurance Endorsement Minus                    Deductible | |
| **Auto Medical Payments** | Each Insured | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | |
| **Uninsured Motorist** | ▓▓▓▓▓▓ | ▓▓▓ |
| **Underinsured Motorist** | | |
| **Comprehensive** | Stated In Item Two Minus                    Deductible | |
| **Specified Causes Of Loss** | Stated In Item Two Minus                    Deductible | |
| **Collision** | Stated In Item Two Minus                    Deductible | |
| **Towing And Labor** | Per Disablement | |

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| | |
|---|---|
| **Covered Auto Number:** 18 | |

**Town And State Where The Covered Auto Will Be Principally Garaged:**
Milford, VA

| Covered Auto Description | | |
|---|---|---|
| **Year:** 2014 **Model:** Tractor | **Trade Name:** VOLVO | |
| **Body Type:** Tractor | **Serial Number(s):** | |
| **Vehicle Identification Number (VIN):** 4V4NC9EH8EN166202 | | |
| **Original Cost New:** | | |

| | | Classification | | | |
|---|---|---|---|---|---|
| **Radius Of Operation** | **Business Use s=service r=retail c=commercial** | **Size GVW, GCW Or Vehicle Seating Capacity** | **Age Group** | **Secondary Rating Classification** | **Code** |
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | A | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

| Coverages - Premiums, Limits And Deductibles | | |
|---|---|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |
| **Coverages** | **Limit** | **Premium** |
| **Covered Autos Liability** | ▬▬▬▬▬▬ | ▬▬▬▬▬▬ |
| **Personal Injury Protection** | Stated In Each Personal Injury Protection Endorsement Minus        Deductible | |
| **Added Personal Injury Protection** | Stated In Each Added Personal Injury Protection Endorsement | |
| **Property Protection Insurance (Michigan Only)** | Stated In The Property Protection Insurance Endorsement Minus        Deductible | |
| **Auto Medical Payments** | Each Insured | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | |
| **Uninsured Motorist** | ▬▬▬▬▬ | ▬▬▬▬▬ |
| **Underinsured Motorist** | | |
| **Comprehensive** | Stated In Item Two Minus        Deductible | |
| **Specified Causes Of Loss** | Stated In Item Two Minus        Deductible | |
| **Collision** | Stated In Item Two Minus        Deductible | |
| **Towing And Labor** | Per Disablement | |

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| | |
|---|---|
| **Covered Auto Number:** 19 | |

**Town And State Where The Covered Auto Will Be Principally Garaged:**
Milford, VA

| Covered Auto Description | |
|---|---|

| **Year:** 2011 | **Model:** Tractor | **Trade Name:** VOLVO |
|---|---|---|

**Body Type:** Tractor | **Serial Number(s):**

**Vehicle Identification Number (VIN):** 4V4NC9EH5BN296059

**Original Cost New:**

| Classification | | | | | |
|---|---|---|---|---|---|
| **Radius Of Operation** | **Business Use s=service r=retail c=commercial** | **Size GVW, GCW Or Vehicle Seating Capacity** | **Age Group** | **Secondary Rating Classification** | **Code** |
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | D | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

| Coverages - Premiums, Limits And Deductibles | | |
|---|---|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |

| Coverages | Limit | Premium |
|---|---|---|
| **Covered Autos Liability** | ▬▬▬▬▬▬ | ▬▬▬▬▬▬ |
| **Personal Injury Protection** | Stated In Each Personal Injury Protection Endorsement Minus Deductible | |
| **Added Personal Injury Protection** | Stated In Each Added Personal Injury Protection Endorsement | |
| **Property Protection Insurance (Michigan Only)** | Stated In The Property Protection Insurance Endorsement Minus Deductible | |
| **Auto Medical Payments** | Each Insured | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | |
| **Uninsured Motorist** | ▬▬▬▬▬ | ▬▬▬▬ |
| **Underinsured Motorist** | | |
| **Comprehensive** | Stated In Item Two Minus Deductible | |
| **Specified Causes Of Loss** | Stated In Item Two Minus Deductible | |
| **Collision** | Stated In Item Two Minus Deductible | |
| **Towing And Labor** | Per Disablement | |

**ITEM THREE**

**Schedule Of Covered Autos You Own**

| Covered Auto Number: 20 |
|---|

**Town And State Where The Covered Auto Will Be Principally Garaged:**
Milford, VA

| Covered Auto Description |
|---|

| Year: 2011 | Model: Tractor | Trade Name: Tractor |
|---|---|---|

**Body Type:** Tractor      **Serial Number(s):**

**Vehicle Identification Number (VIN):**

**Original Cost New:**

| Classification | | | | | |
|---|---|---|---|---|---|
| **Radius Of Operation** | **Business Use s=service r=retail c=commercial** | **Size GVW, GCW Or Vehicle Seating Capacity** | **Age Group** | **Secondary Rating Classification** | **Code** |
| Over 200 miles | | Extra-Heavy Truck-Tractor over 45,000 lbs GCW | D | Common carrier | 50621 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

**Coverages - Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| **Covered Autos Liability** | ▬▬▬▬▬ | ▬▬▬▬▬ |
| **Personal Injury Protection** | Stated In Each Personal Injury Protection Endorsement Minus      Deductible | |
| **Added Personal Injury Protection** | Stated In Each Added Personal Injury Protection Endorsement | |
| **Property Protection Insurance (Michigan Only)** | Stated In The Property Protection Insurance Endorsement Minus      Deductible | |
| **Auto Medical Payments** | Each Insured | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | |
| **Uninsured Motorist** | ▬▬▬▬ | ▬▬▬▬ |
| **Underinsured Motorist** | | |
| **Comprehensive** | Stated In Item Two Minus      Deductible | |
| **Specified Causes Of Loss** | Stated In Item Two Minus      Deductible | |
| **Collision** | Stated In Item Two Minus      Deductible | |
| **Towing And Labor** | Per Disablement | |

**ITEM THREE**
**Schedule Of Covered Autos You Own (Cont'd)**

| Total Premiums | |
|---|---|
| Covered Autos Liability | ▬▬▬▬ |
| Personal Injury Protection | |
| Added Personal Injury Protection | |
| Property Protection Insurance (Michigan Only) | |
| Auto Medical Payments | |
| Medical Expense And Income Loss Benefits (Virginia Only) | |
| Uninsured Motorist | ▬▬▬▬ |
| Underinsured Motorist | |
| Comprehensive | |
| Specified Causes Of Loss | |
| Collision | |
| Towing And Labor | |

**ITEM FOUR**
**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums**

| Covered Autos Liability Coverage - Cost Of Hire Rating Basis For Autos Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | |
|---|---|---|
| Covered Autos Liability Coverage | Estimated Annual Cost Of Hire For All States | Premium |
| Primary Coverage | IF ANY | INCLUDED |
| Excess Coverage | | |
| Total Hired Auto Premium | | INCLUDED |

For "autos" used in your motor carrier operations, cost of hire means:
1. The total dollar amount of costs you incurred for the hire of automobiles (includes "trailers" and semitrailers) and, if not included therein,
2. The total remunerations of all operators and drivers' helpers, of hired automobiles, whether hired with a driver by lessor or an "employee" of the lessee, or any other third party, and
3. The total dollar amount of any other costs (e.g., repair, maintenance, fuel, etc.) directly associated with operating the hired automobiles, whether such costs are absorbed by the "insured", paid to the lessor or owner, or paid to others.

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

| Covered Autos Liability Coverage - Cost Of Hire Rating Basis For Autos NOT Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | | |
|---|---|---|---|
| **Covered Autos Liability Coverage** | **State** | **Estimated Annual Cost Of Hire For Each State** | **Premium** |
| **Primary Coverage** | | | |
| **Excess Coverage** | | | |
| | | **Total Hired Auto Premium** | |

For "autos" **NOT** used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

| Physical Damage Coverages - Cost Of Hire Rating Basis For All Autos (Other Than Mobile Or Farm Equipment) | | | | |
|---|---|---|---|---|
| **Coverage** | **State** | **Limit Of Insurance** | **Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver)** | **Premium** |
| **Comprehensive** | | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible** <br> **For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning** | | |
| **Specified Causes Of Loss** | | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible** <br> **For Each Covered Auto For Loss Caused By Mischief Or Vandalism** | | |
| **Collision** | | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible** <br> **For Each Covered Auto** | | |
| | | | **Total Hired Auto Premium** | |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver.

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment -Other Than Physical Damage Coverages | | | | | |
|---|---|---|---|---|---|
| | | Estimated Annual Cost Of Hire For Each State | | Premium | |
| Coverage | State | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability - Primary Coverage | | | | | |
| Covered Autos Liability - Excess Coverage | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits (Virginia Only) | VA | | | | |
| Income Loss Benefits (Virginia Only) | VA | | | | |
| Auto Medical Payments | | | | | |
| Total Hired Auto Premiums | | | | | |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment - Physical Damage Coverages | | | | | | |
|---|---|---|---|---|---|---|
| | | | Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver) | | Premium | |
| Coverage | State | Limit Of Insurance | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Compre-hensive | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus         Ded.<br><br>For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning | | | | |
| Specified Causes Of Loss | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus         Ded.<br><br>For Each Covered Auto For Loss Caused By Mischief Or Vandalism | | | | |
| Collision | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus         Ded.<br><br>For Each Covered Auto | | | | |
| Total Hired Auto Premiums | | | | | | |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any auto that is leased, hired, rented or borrowed with a driver.

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

| | | Rental Period Rating Basis For Mobile Or Farm Equipment | | | |
|---|---|---|---|---|---|
| | | Estimated Number Of Days Equipment Will Be Rented | | Premium | |
| Coverage | Town And State Where The Job Site Is Located | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits (Virginia Only) | | | | | |
| Income Loss Benefits (Virginia Only) | | | | | |
| Auto Medical Payments | | | | | |
| Total Hired Auto Premiums | | | | | |

**ITEM FIVE**

**Schedule For Non-ownership Covered Autos Liability**

| Rating Basis | Number | Premium |
|---|---|---|
| Number Of Employees | IF ANY | INCLUDED |
| Number Of Partners (Active And Inactive) | | |
| Total Non-ownership Covered Autos Liability Premium | | INCLUDED |

**ITEM SIX**

**Trailer Interchange Coverage**

| Coverages | Limit Of Insurance | Estimated Premium |
|---|---|---|
| Comprehensive | | |
| Specified Causes Of Loss | Stated In Item Two | |
| Collision | | |
| Total Trailer Interchange Premium | | |

**ITEM SEVEN**

**Schedule For Gross Receipts Or Mileage Rating Basis**

| Address Of Business Headquarters Location: | |
|---|---|
| **Type Of Risk** (Check one): ☐ **Motor Carriers** ☐ **Public Autos** ☐ **Leasing Or Rental Concerns** | |
| **Rating Basis** (Check one): ☐ **Gross Receipts (Per $100)** ☐ **Mileage (Per Mile)** | |
| **Estimated Yearly (Gross Receipts Or Mileage):** | |
| **Premiums** | |
| Covered Autos Liability | |
| Personal Injury Protection | |
| Added Personal Injury Protection | |
| Property Protection Insurance (Michigan Only) | |
| Auto Medical Payments | |
| Medical Expense And Income Loss Benefits (Virginia Only) | |
| Comprehensive | |
| Specified Causes Of Loss | |
| Collision | |
| Towing And Labor | |

When gross receipts or mileage is used as a premium basis:

**FOR MOTOR CARRIERS**

Gross receipts means the total amount earned by the named insured for shipping or transporting property, regardless of whether you or any other carrier originates the shipment or transportation. Gross receipts includes the total amount received from renting equipment, with or without drivers, to any person or organization not engaged in the business of transporting property for hire by "auto" and 15% of the total amount received from renting any equipment, with or without drivers, to any person or organization engaged in the business of transporting property for hire by "auto".

Gross receipts does not include:

1. Amounts you paid to air, sea or land carriers operating under their own permits.
2. Advertising revenue.
3. Taxes collected as a separate item and paid directly to the government.
4. C.O.D. collections for cost of merchandise including collection fees.
5. Warehouse storage fees.

**FOR PUBLIC AUTOS**

Gross receipts means the total amount earned by the named insured for transporting passengers, mail and merchandise.

Gross receipts does not include:

1. Amounts paid to air, sea or land carriers operating under their own permits.
2. Advertising revenue.
3. Taxes collected as a separate item and paid directly to the government.
4. C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing "autos" operated during the policy period.

**FOR RENTAL OR LEASING CONCERNS**

Gross receipts means the total amount earned by the named insured for the leasing or renting of "autos" to others without drivers.

Mileage means the total live and dead mileage of all "autos" you leased or rented to others without drivers.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – BLANKET

This endorsement modifies insurance provided under the following:

MOTOR CARRIER COVERAGE FORM

**SECTION II – COVERED AUTOS LIABILITY COVERAGE, A. Coverage, 1. Who is An Insured** is amended by the addition of the following:

The following are "insureds":

The person or organization who is required under a written contract to be included as an "insured" under this policy, but only with respect to their legal liability for your acts or omissions or the act or omissions of a person for whom **Covered Autos Liability Coverage** is afforded under this policy.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BODILY INJURY OR PROPERTY DAMAGE EXPECTED OR INTENDED

This endorsement modifies insurance provided under the following:

MOTOR CARRIER COVERAGE FORM

**SECTION II -- COVERED AUTOS LIABILITY COVERAGE, B. Exclusions, 1. Expected Or Intended Injury** is deleted and replaced with the following:

This insurance does not apply to any of the following:

**Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

This Exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UNINTENTIONAL ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

MOTOR CARRIER COVERAGE FORM

It is hereby agreed that your failure to disclose all hazards existing as of the inception date of this policy shall not prejudice you with respect to the coverage afforded by this policy provided such failure or omission is not intentional or grossly negligent.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# PREMIUM COMPUTATION ENDORSEMENT

1. This endorsement applies to the lines of business indicated below:

   ☒ Commercial Auto Liability

   ☐ Commercial General Liability

2. Audit Period: 10/21/2018 through     10/21/2019

   ☒ Annual    ☐ Semi-annual    ☐ Monthly    ☐ Other _____

3. The deposit premium set forth in Item 5. of the Declarations is adjustable, and is only an estimated premium for the Audit Period shown in 2. above. The final earned premium for the Audit Period will be determined as specified in Item 5. Premium Audit of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**. The Audit Premium will be computed by applying the Rate(s) against the Exposure Base(s) listed in the Premium Adjustment Table below. Such rates are prior to any applicable taxes, licenses or fees.

4. The deposit premium set forth in Item 5. of the Declarations includes premium for subcontractors hired by you. The rate charged for the subcontracted work will be listed in the Premium Adjustment Table below and will depend on whether or not the subcontractor shows evidence of an insurance program that contains:

   a. Workers Compensation/Employers Liability;

   b. All coverages included in the general contractors General Liability policy; and

   c. Limits of liability at least equal to the primary limit of the general contractor.

   If the subcontractor(s) insurance meets our requirements, the total cost of the subcontracted work will be applied to the rate shown in the Premium Adjustment Table for the appropriate Contractor/Subcontracted Work classifications.

   If the subcontractor(s) insurance does not meet our requirements, premium will be based on the payroll portion of the total cost of the subcontracted work. If your records do not accurately reflect the payroll portion of the contract, the entire cost of the contract may be deemed payroll. These subcontractors will be classified and rated as though they were your employees. Classifications used and rates charged will be shown in the Premium Adjustment Table below.

5. If Commercial Auto Liability is indicated in Item 1. above, the deposit premium set forth in the Declarations is adjustable, and is only an estimated premium for the Audit Period shown in 2. above. The final premium for the audit period will be determined as described in the **SECTION V – MOTOR CARRIER CONDITIONS, B. General Conditions, 6. Premium Audit**. The final premium will be computed by taking the number of "autos" at the inception of the Audit period, adding the number of "autos" at expiration and dividing by two to get an average number of "autos". The average number of "autos" will then be applied against the Composite Rate(s) listed in the Premium Adjustment Table below. Such rates are prior to any applicable surplus lines taxes, licenses or fees. Information from a prior audit completed by us will be used as the number of "autos" at the beginning of the Audit Period, if available.

Premium adjustments for these "autos" will be calculated as described above.

6. **Premium Adjustment Table** (need space to insert 15-25 lines)

| LOB | Class Code | Class Description | Estimated Exposure | Exposure Reporting Basis | Composite Rate | Estimated Premium |
|------|------|------|------|------|------|------|
| AUTO | 50621 | TRUCK TRACTOR | 20 | UNITS | ▬▬▬ | ▬▬▬ |
| | | | | | HIRED/NON ▬▬ | |
| | | | | | TOTAL ▬▬▬ | |
| | | | | | | |

Additional Notes:

**If this policy is cancelled within 60 days of the effective date, the minimum premium will be 25% of the estimated annual premium.   Policy cancellation during the term but after the 60 day period, will result in a short rate cancellation.  Policies that run the full term will be subject to a minimum premium of 90% of the estimated annual premium.**

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# KNOWLEDGE OF OCCURRENCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
MOTOR CARRIER COVERAGE FORM

As respects any loss reporting requirements under this policy, it is understood and agreed that knowledge of any "accident" or incident by an agent, servant or employee of yours or any other person shall not in itself constitute knowledge by you, unless a corporate officer of yours, principal, partner, owner, or the person or persons responsible for insurance matters listed below shall have received notice from said agent, servant, employee or any other person.

Name: ANY CORPORATE OFFICER OF YOURS, PRINCIPAL, OWNER OR THE PERSON OR PERSONS RESPONSIBLE FOR INSURANCE MATTERS

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NOTICE OF CANCELLATION –
# CERTIFICATE HOLDERS (SPECIFIED DAYS)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
MOTOR CARRIER COVERAGE FORM

## SCHEDULE

| | |
|---|---|
| **Person(s) or Organization(s) including mailing address:** | All certificate holders where written notice of the cancellation of this policy is required by written contract, permit or agreement with the Named Insured and whose names and addresses will be provided by the broker or agent listed in the Declarations Page of this policy for the purposes of complying with such request. |

The person(s) or organization(s) listed or described in the SCHEDULE above have requested that they receive written notice of cancellation when this policy is cancelled by us. We will mail or deliver to the person(s) or organization(s) listed or described in the SCHEDULE above a copy of the written notice of cancellation that we sent to you. If possible, such copies of the notice will be mailed at least 30 days, except for cancellation for non-payment of premium which will be mailed 10 days, prior to the effective date of the cancellation, to the address or addresses of certificate holders as provided by your broker or agent.

This notification of cancellation of the policy is intended as a courtesy only. Our failure to provide such notification to the person(s) or organization(s) shown in the SCHEDULE above will not extend any policy cancellation date nor impact or negate any cancellation of the policy. This endorsement does not entitle the person(s) or organization(s) listed or described in the SCHEDULE above to any benefit, rights or protection under this policy.

Any provision of this endorsement that is in conflict with a statute or rule is hereby amended to conform to that statute or rule.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998 ☐

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

 © ISO Properties, Inc., 2007  □

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

- **(a)** Any "nuclear reactor";
- **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

- **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

- **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007  IL 00 21 09 08  ☐

A Federal Agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2126-0008. Public reporting for this collection of information is estimated to be approximately 2 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are mandatory. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Information Collection Clearance Officer, Federal Motor Carrier Safety Administration, MC-RRA, Washington, D.C. 20590.



United States Department of Transportation
**Federal Motor Carrier Safety Administration**

### Endorsement for Motor Carrier Policies of Insurance for Public Liability under Sections 29 and 30 of the Motor Carrier Act of 1980

# FORM MCS-90

Issued to  S&F LOGISTICS LLC  of  16360 Industrial Drive  Milford, VA 22514
*(Motor Carrier name)*  *(Motor Carrier state or province)*

Dated at  Greenwood Village, CO  on this  19th  day of  October  2018

Amending Policy Number:  AVT1000040  Effective Date:  10/21/2018

Name of Insurance Company:  ARGONAUT INSURANCE COMPANY

Countersigned by:  *(signature)*
*(authorized company representative)*

The policy to which this endorsement is attached provides primary or excess insurance, as indicated below, for the limits shown *(check only one)*:

☒ *This insurance is primary and the company shall not be liable for amounts in excess of $_____ for each accident.*

○ *This insurance is excess and the company shall not be liable for amounts in excess of $_____ for each accident in excess of the underlying limit of $_____ for each accident.*

Whenever required by the Federal Motor Carrier Safety Administration (FMCSA), the company agrees to furnish the FMCSA a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an authorized representative of the FMCSA, to verify that the policy is in force as of a particular date. The telephone number to call is: 303-773-7281

Cancellation of this endorsement may be effected by the company of the insured by giving (1) thirty-five (35) days notice in writing to the other party (said 35 days notice to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice), and (2) if the insured is subject to the FMCSA's registration requirements under 49 U.S.C. 13901, by providing thirty (30) days notice to the FMCSA (said 30 days notice to commence from the date the notice is received by the FMCSA at its office in Washington, DC).

## DEFINITIONS AS USED IN THIS ENDORSEMENT

*Accident* includes continuous or repeated exposure to conditions or which results in bodily injury, property damage, or environmental damage which the insured neither expected nor intended.

*Motor Vehicle* means a land vehicle, machine, truck, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.

*Bodily Injury* means injury to the body, sickness, or disease to any person, including death resulting from any of these.

*Property Damage* means damage to or loss of use of tangible property.

*Environmental Restoration* means restitution for the loss, damage, or destruction of natural resources arising out of the accidental discharge, dispersal, release or escape into or upon the land, atmosphere, watercourse, or body of water, of any commodity transported by a motor carrier. This shall include the cost of removal and the cost of necessary measures taken to minimize or mitigate damage to human health, the natural environment, fish, shellfish, and wildlife.

*Public Liability* means liability for bodily injury, property damage, and environmental restoration.

*(continued on next page)*

The insurance policy to which this endorsement is attached provides automobile liability insurance and is amended to assure compliance by the insured, within the limits stated herein, as a motor carrier of property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules and regulations of the Federal Motor Carrier Safety Administration (FMCSA).

In consideration of the premium stated in the policy to which this endorsement is attached, the insurer (the company) agrees to pay, within the limits of liability described herein, any final judgment recovered against the insured for public liability resulting from negligence in the operation, maintenance or use of motor vehicles subject to the financial responsibility requirements of Sections 29 and 30 of the Motor Carrier Act of 1980 regardless of whether or not each motor vehicle is specifically described in the policy and whether or not such negligence occurs on any route or in any territory authorized to be served by the insured or elsewhere. Such insurance as is afforded, for public liability, does not apply to injury to or death of the insured's employees while engaged in the course of their employment, or property transported by the insured, designated as cargo. It is understood and agreed that no condition, provision, stipulation, or limitation contained in the policy, this endorsement, or any other endorsement thereon, or violation thereof, shall relieve the company from liability or from the payment of any final judgment, within the limits of liability herein described, irrespective of the financial condition, insolvency or bankruptcy of the insured. However, all terms, conditions, and limitations in the policy to which the endorsement is attached shall remain in full force and effect as binding between the insured and the company. The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim, or suit involving a breach of the terms of the policy, and for any payment that the company would not have been obligated to make under the provisions of the policy except for the agreement contained in this endorsement.

It is further understood and agreed that, upon failure of the company to pay any final judgment recovered against the insured as provided herein, the judgment creditor may maintain an action in any court of competent jurisdiction against the company to compel such payment.

The limits of the company's liability for the amounts prescribed in this endorsement apply separately to each accident and any payment under the policy because of anyone accident shall not operate to reduce the liability of the company for the payment of final judgments resulting from any other accident.

## SCHEDULE OF LIMITS — PUBLIC LIABILITY

| Type of carriage | Commodity transported | January 1, 1985 |
|---|---|---|
| (1) For-hire (in interstate or foreign commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Property (nonhazardous) | ▬▬▬ |
| (2) For-hire and Private (in interstate, foreign, or intrastate commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Hazardous substances, as defined in 49 CFR 171.8, transported in cargo tanks, portable tanks, or hopper-type vehicles with capacities in excess of 3,500 water gallons; or in bulk Division 1.1, 1.2, and 1.3 materials, Division 2.3, Hazard Zone A, or Division 6.1, Packing Group I, Hazard Zone A material; in bulk Division 2.1 or 2.2; or highway route controlled quantities of a Class 7 material, as defined in 49 CFR 173.403. | ▬▬▬ |
| (3) For-hire and Private (in interstate or foreign commerce, in any quantity; or in intrastate commerce, in bulk only; with a gross vehicle weight rating of 10,000 or more pounds). | Oil listed in 49 CFR 172.101; hazardous waste, hazardous materials, and hazardous substances defined in 49 CFR 171.8 and listed in 49 CFR 172.101, but not mentioned in (2) above or (4) below. | ▬▬▬ |
| (4) For-hire and Private (in interstate or foreign commerce, with a gross vehicle weight rating of less than 10,000 pounds). | Any quantity of Division 1.1, 1.2, or 1.3 material; any quantity of a Division 2.3, Hazard Zone A, or Division 6.1, Packing Group I, Hazard Zone A material; or highway route controlled quantities of a Class 7 material as defined in 49 CFR 173.403. | ▬▬▬ |

*The schedule of limits shown does not provide coverage. The limits shown in the schedule are for information purposes only.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

**b.** When one or both of the following apply:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

© Insurance Services Office, Inc., 2013

With respect to this exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the exclusion in Paragraph **B.** or **C.**, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property exceeds███████. In determining whether the ███████ threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

C. With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property exceeds███████In determining whether the ███████ threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

© Insurance Services Office, Inc., 2013 CA 23 84 10 13