**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| ARGONAUT INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.: 3:22-cv-00390 |
| JOHN MCCOLLUM, | ) |
| And | ) |
| S&F LOGISTICS, LLC | ) |
| Defendants. | ) |

## ORDER

Upon review and consideration of Plaintiffs' Motion for Leave to file Amended Complaint ("Motion for Leave to Amend"), it is this _____ day of _____, 2022, by the United States District Court for the Eastern District of Virginia, **ORDERED** that:

1. Plaintiffs' Motion for Leave to Amend is **GRANTED**; and

2. Plaintiffs' Amended Complaint (attached as **Exhibit A** to Plaintiffs' Motion for Leave to Amend) shall be deemed filed as of the date of entry of this Order.

_____
United States District Court Judge