**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| ARGONAUT INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No.: 3:22-cv-00390 |
| JOHN MCCOLLUM, ) | |
| ) | |
| And ) | |
| ) | |
| S&F LOGISTICS, LLC ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF PLAINTIFF ARGONAUT INSURANCE COMPANY'S MOTION FOR LEAVE TO AMEND COMPLAINT

On September 2, 2022, Plaintiff Argonaut Insurance Company filed a Motion for Leave to Amend Complaint, Dkt. No. 16. Plaintiff now files this Notice to inform the Court that it is withdrawing its previously filed Motion to Amend Complaint.

DATED: September 14, 2022         Respectfully Submitted,

                                                      ARGONAUT INSURANCE COMPANY
                                                      By Counsel,

                                                      FRANKLIN & PROKOPIK, P.C.

                                                        /s/ Aaron J. Cheatham
                                                      Aaron J. Cheatham, VSB No. 83152
                                                      James R. Harpold, VSB No. 74967
                                                      FRANKLIN & PROKOPIK, P.C.
                                                      2325 Dulles Corner Blvd., Suite 1150
                                                      Herndon, Virginia 20171
                                                      Telephone:    703-793-1800
                                                      Facsimile:     703-793-0298
                                                      acheatham@fandpnet.com
                                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Notice of Withdrawal of Motion for Leave to file Amended Complaint* was served via first-class U.S. mail, postage pre-paid, this 14th day of September 2022 upon the following:

S&F Logistics, LLC
c/o Ronald Zubieta, Registered Agent
15476 Nelson Hill Road,
Milford, Virginia 22514

S&F Logistics, LLC
16360 Industrial Drive
Milford, Virginia 22514

John McCollum
27465 N. Sandgate Road
Mechanicsville, Maryland 20659

/s/ Aaron J. Cheatham_____
Aaron J. Cheatham