IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ARGONAUT INSURANCE COMPANY, )
)
       Plaintiff, )
)
v. ) Civil Action No. 3:22-cv-390–HEH
)
S&F LOGISTICS, LLC, )
and )
JOHN MCCOLLUM, )
)
       Defendants. )

## ORDER
(Granting Notice of Withdrawal)

THIS MATTER is before the Court on Plaintiff Argonaut Insurance Company's ("Plaintiff") Notice of Withdrawal of Motion for Leave to Amend Complaint filed on September 14, 2022. ("Notice," ECF No. 18.) Plaintiff filed a Motion for Leave to File Amended Complaint on September 2, 2022, and now asks that it be withdrawn. Upon due consideration, Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 16) is deemed WITHDRAWN.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                        /s/
                                        Henry E. Hudson
                                        Senior United States District Judge

Date: Sept. 20, 2022
Richmond, Virginia