**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| ARGONAUT INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No.: 3:22-cv-390 |
| S&F LOGISTICS, LLC ) | |
| ) | |
| and ) | |
| ) | |
| JOHN MCCOLLUM ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR ENTRY OF DEFAULT DECLARATORY JUDGMENT AND RELIEF

COMES NOW, the Plaintiff, Argonaut Insurance Company ("Argo"), by and through undersigned counsel, in accordance with Rules 55(b)(2) and 57 of the Federal Rules of Civil Procedure, moves for the entry of default declaratory judgment against the Defendants S&F Logistics, LLC and John McCollum. The Clerk of this Honorable Court entered default as to S&F Logistics, LLC on or about October 18, 2022. A Motion for Entry of Default under Rule 55(a) as to John McCollum was filed October 25, 2022, and remains pending with this Court. In support of this Motion for Entry of Default Declaratory Judgment, Argo relies upon the record in this case and the affidavits submitted herein, including particularly, that of Hope Harrison submitted in support hereof.

WHEREFORE, Plaintiff Argonaut Insurance Company, respectfully moves for entry of default declaratory judgment against both Defendants, S&F Logistics, LLC, and John McCollum decreeing that:

(1) Argonaut Insurance Company has no duty under an insurance policy known as

AVT 1000040 00, for the policy period October 21, 2018 to October 21, 2019 (the "Policy"), to defend or indemnify Defendants S&F Logistics, LLC and John McCollum in connection with Victor Hugo Silvestre Garcia's claims in a lawsuit styled *Victor Hugo Silvestre Garcia v. S&F Logistics, LLC and John McCollum,* Case ID No.:210800737 (the "Lawsuit");

(2) Argonaut Insurance Company has no duty under the Policy to pay insurance benefits to either of the Defendants in connection with the Lawsuit;

(3) Argonaut Insurance Company has no duty under the Policy to pay any amount whatsoever to anyone whomsoever in connection with the Lawsuit;

(4) Argonaut Insurance Company is awarded all such other and further relief that the Court deems appropriate and just.

    Respectfully Submitted,

    ARGONAUT INSURANCE COMPANY
    By Counsel,

    **FRANKLIN & PROKOPIK, P.C.**

    /s/ James R. Harpold
    James R. Harpold (VSB No. 74967)
    FRANKLIN & PROKOPIK, P.C.
    2325 Dulles Corner Blvd., Suite 1150
    Herndon, Virginia 20171
    Telephone: 703-793-1800
    Facsimile: 703-793-0298
    jharpold@fandpnet.com

    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Motion for Entry of Default Declaratory Judgment* was served via first-class U.S. mail, postage pre-paid, this 10th day of November 2022 upon the following:

S&F Logistics, LLC
c/o Ronald Zubieta, Registered Agent
15476 Nelson Hill Road,
Milford, Virginia 22514

S&F Logistics, LLC
16360 Industrial Drive
Milford, Virginia 22514

John McCollum
27465 N. Sandgate Road
Mechanicsville, Maryland 20659

/s/ James R. Harpold_____
James R. Harpold, (VSB No. 74967)
FRANKLIN & PROKOPIK, P.C.
2325 Dulles Corner Blvd., Suite 1150
Herndon, Virginia   20171
Telephone:   703-793-1800
Facsimile:   703-793-0298
jharpold@fandpnet.com

*Counsel for Plaintiff*