**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

Argonaut Insurance Company,
        Plaintiff

vs.

**Civil Action No.** 3:22cv390

John McCollum et al.,
        Defendant

ENTRY OF DEFAULT

IT APPEARING by affidavit of counsel for the plaintiff, Argonaut Insurance Company, that the defendant, John McCollum, has failed to appear, plead or otherwise defend this action within the prescribed time allowed as otherwise provided in the Federal Rules of Civil Procedure, default is hereby entered against defendant, John McCollum.

FERNANDO GALINDO, CLERK

BY: ___J. Jones, Deputy Clerk_____