IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ARGONAUT INSURANCE COMPANY )
)
      Plaintiff, )
)
v. ) Civil Action No. 3:22-cv-390–HEH
)
JOHN MCCOLLUM, *et al..* )
)
      Defendants. )

### ORDER
**(Granting Default Declaratory Judgment)**

THIS MATTER is before the Court on Argonaut Insurance Company's ("Plaintiff") Motion for Default Declaratory Judgment (the "Motion," ECF No. 29) against Defendants S&F Logistics, LLC and John McCollum (collectively, "Defendants"), filed on November 10, 2022. Upon consideration of the (1) Clerk's entry of default as to S&F Logistics, LLC (ECF No. 26), (2) Clerk's entry of default as to John McCollum (ECF No. 30), and (3) the Affidavit in support of the Motion (Attach. 1, ECF No. 29), the Motion (ECF No. 29) is GRANTED. Default declaratory judgment is entered in favor of Plaintiff and against Defendants. The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED. This case is CLOSED.

                                                      /s/
                                           Henry E. Hudson
                                           Senior United States District Judge

Date: Dec 1, 2022.
Richmond, Virginia